# Exhibit B

| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

STEVEN SANCHEZ and ADAM AHMAD,       )
                                    )

          Plaintiffs       )

                                    )

      v.       )

                                      )

AMY GOODMAN, DEMOCRACY NOW!       )
PRODUCTIONS, INC. and DEMOCRACY       )
NOW PRODUCTIONS 1, INC.       )
                                    )

          Defendants       )

## COMPLAINT FOR DEFAMATION

## PARTIES

1.     Plaintiff, Steven Sanchez, is an individual who at all relevant times resided in Marion County, Indiana.

2.     Plaintiff, Adam Ahmad, is an individual who at all relevant times resided in Marion County, Indiana.

3.     Defendant, Amy Goodman, is an individual who, upon information and belief, resides in New York, New York and is or was employed as a journalist or reporter by Defendants Democracy Now! Productions, Inc and/or Democracy Now! Productions 1, Inc. and acted in the scope of her employment at all relevant times.

4.     Defendant, Democracy Now! Productions, Inc., is a corporation with its principal place of business in New York County, New York, and is engaged in the business of publishing news and information to the public.

5.     Defendant, Democracy Now! Productions 1, Inc., is a corporation with its principal place of business in Kings County, New York, and is engaged in the business of publishing news and information to the public.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over this action pursuant to Indiana law because the acts giving rise to this claim occurred in Indiana and caused harm to the Plaintiffs in Indiana.

7.     Venue is proper in this Court under Indiana Trial Rule 75 because the Plaintiffs reside in this county and the defamatory statements were published and caused harm here.

## FACTUAL ALLEGATIONS

8.     On or about December 11, 2024, Defendant Amy Goodman authored and caused to be published a story titled "Herman Whitfield's Family Called for Help During a Mental Health Crisis. Cops Killed Him Instead" on Democracy Now!'s website (Exhibit A). A video recording of an interview with Whitfield's mother accompanied the article.

9.     The article contained the following false and defamatory statements concerning the Plaintiffs:

a) "Herman Whitfield's Family called for Help During a Mental Health Crisis. Cops *Killed* Him Instead." (Headline, emphasis added)

b) "Police officers showed up and *attacked* Whitfield" (Transcript, Paragraph 1) (emphasis added)

c) "It's another tragic story of a Black man who was *killed* while experiencing a mental health crisis" (Transcript, Paragraph 1) (emphasis added)

2

d) Instead of helping him (Whitfield), they (Sanchez and Ahmad) **attacked** the 39-year-old with a stun gun, then restrained him." (Transcript, Paragraph 8) (emphasis added)

e) Gladys Whitfield is the mother of Herman Whitfield III, award-winning African American piano virtuoso, **killed** by Indianapolis police in 2022 after his parents called 911 to ask for help for their son experiencing a mental health crisis" (Transcript, Paragraph 29) (emphasis added)

10.     On December 6, 2024, five days before Goodman published her article stating that Whitfield was attacked and killed by the Plaintiff police officers, Sanchez and Ahmad had been acquitted by a jury of all charges brought against them relating to the in-custody death of Whitfield, including, but not limited to Involuntary Manslaughter and Reckless Homicide. Even the charge of Battery resulted in Not Guilty verdicts, reflecting no improper touching of Whitfield by these Plaintiffs.

11.     The Plaintiffs' acquittal was nationally broadcast and was known to or should have been known to Defendant Goodman at the time she published her defamatory article.

12.     This article was shared on Democracy Now!'s various social media platforms, all of which enjoy a significant following.  The article and video were shared and viewed across social media on or shortly after December 11, 2024 as follows:

a.   Facebook (1.2 million followers): 33 shares

b.   Twitter/X (814.2K followers): 10,700 views, 68 retweets

c.   Instagram (916K followers): 16,593 likes

d.   YouTube: (2.47 million subscribers): 7,170 views

13.    These statements claiming Plaintiffs attacked and killed Herman Whitfield  were false, defamation, malicious, published to third parties, and concerned the Plaintiffs.

14.    Defendants knew the statements were false at the time of their publication.

15.    As a direct and proximate result of the publication, Plaintiffs have suffered harm to reputation, emotional distress, humiliation, and possible economic damages.

16.    On February 12, 2025, Defendants printed a so-called "clarification," which added information regarding an expert witness's testimony at the criminal trial about Whitfield's actual cause of death and that it was disputed. The "clarification" omitted all variations of the word "killed." At no time was the original defamatory article retracted.

## COUNT I – DEFAMATION

17.    Plaintiffs incorporate paragraphs 1–16 as if fully set forth herein.

18.    Defendants' publication of false and defamatory statements about Plaintiffs constitutes defamation under Indiana law.

19.    Defendant Amy Goodman is individually liable as the author and publisher of the knowingly false statements.

20.    Defendants Democracy Now! Productions, Inc. and Democracy Now! Productions 1, Inc. are liable under the doctrine of respondeat superior because Goodman acted within the scope of her employment, and also as the publishers/distributors of the statements.

21.    Defendants acted with malice, entitling Plaintiffs to recover punitive damages.

## II – DEFAMATION PER SE

22.    Defendants' statements constitute defamation *per se* under Indiana law because they:

    a. Imputed criminal conduct to Plaintiffs; and

    b. Alleged Plaintiffs engaged in misconduct in the performance of their jobs.

4

23. The statements are defamatory on their face and required no extrinsic evidence to establish their defamatory meaning.

24. As a result of the defamation *per se*, damages to Plaintiffs are presumed under Indiana law, including harm to reputation, standing in the community, and emotional distress.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment in their favor and against Defendants as follows:

A. Award compensatory damages in an amount to be determined at trial;

B. Award punitive damages pursuant to Indiana Code § 34-51-3-4;

C. Award Plaintiffs' costs and reasonable attorney's fees; and

D. Grant all other relief the Court deems just and proper.

Respectfully submitted,

POLLACK LAW FIRM, P.C.

/s/ Caren L. Pollack
Caren L. Pollack (# 11897-49)
*Attorney for Plaintiffs*

POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Carmel, Indiana 46290
Ph: (317) 660-4880
Fx: (317) 660-4888



DEMOCRACY NOW!   Independent Global News

About   Daily Digest   Events   Stations   Español

**DONATE**

Daily Shows ⌄   Top Stories ⌄   Web Exclusives ⌄   Topics   Columns

🔍 Search

HOT TOPICS   ·   Syria   ·   Gaza   ·   Donald Trump   ·   Immigration   ·   Abortion   ·   Climate Crisis   ·   2024 Election   ·   Haiti   ·   Ukraine   ·   Iran

# Herman Whitfield's Family Called for Help During a Mental Health Crisis. Cops Killed Him Instead

STORY   DECEMBER 11, 2024   ·   ■ Watch Full Show



Listen ▶                                     Media Options ⤓





This is viewer supported news. Please do your part today.

**DONATE**

**TOPICS**

Indiana

Police Brutality

Criminal Legal System

Black Lives Matter

**GUESTS**

**Gladys Whitfield**
*former public interest law attorney, current federal administrative law judge and mother of Herman Whitfield III.*

*Image Credit: Justice for Herman Whitfield III*

We continue our look at the tragic deaths of two Black men who were killed while experiencing mental health crises. Award-winning piano virtuoso Herman Whitfield III died in 2022 after he was repeatedly tasered, handcuffed and pinned to the ground by Indianapolis police officers. Whitfield's family had called 911 to ask for help as their son experienced a mental health crisis in their home, but instead of sending an ambulance as requested, police officers showed up and attacked Whitfield, even as he said he couldn't breathe while being restrained. Whitfield's death was ruled a homicide, but on Friday a jury acquitted the two Indianapolis officers. "Herman was killed in our home right in front of us," says Gladys Whitfield, Herman's mother. "In a case where an individual is having a mental health crisis, the officers are supposed to take time, try to negotiate, talk to the person, use persuasion and just try to deescalate." Whitfield is also a former public interest law attorney and a current federal administrative law judge.

## Transcript

*This is a rush transcript. Copy may not be in its final form.*

**AMY GOODMAN:** This is *Democracy Now!*, as we continue to look at the death of these two men. We just were talking about Jordan Neely. Now we're going to look at the death of the award-winning piano virtuoso Herman Whitfield III. It's another tragic story of a Black man who was killed while experiencing mental health crisis. A warning: This segment contains graphic descriptions of violence.

On Friday, two Indianapolis police officers were acquitted in his 2022 killing. Herman Whitfield III died after the officers repeatedly tased him, handcuffed, pinned him to the ground as he cried out he could not breathe.

> **HERMAN WHITFIELD III:** I can't breathe! Can't breathe! Oh man! Oh no!
>
> **STEVEN SANCHEZ:** I'm holding his hand, trying to get —
>
> **HERMAN WHITFIELD III:** No! No!
>
> **STEVEN SANCHEZ:** I got his hand. I got his hand.

**AMY GOODMAN:** He's shouting "I cannot breathe." The jury found the officers Adam Ahmad and Steven Sanchez not guilty on all counts of involuntary manslaughter, reckless homicide and battery.

In April 2022, Whitfield's parents called 911 to ask for help as their son experienced a mental health crisis in their home. The officers found Whitfield without clothes on, bleeding from the mouth. Instead of helping him, they attacked the 39-year-old with a stun gun, then restrained him. Whitfield's death was later ruled a homicide. On Tuesday, *Democracy Now!* reached out to Whitfield's father, Herman Whitfield Jr., who talked about his son's love of music.

> **HERMAN WHITFIELD JR.:** He was around 6 years old when he started composing, and he started playing piano at 4. So I would just like for him to be

### More from this Interview

**Part 1: "We Didn't Get No Justice": Jordan Neely's Uncle Slams Daniel Penny's Acquittal in NYC Subway Killing**

Part 2: Herman Whitfield's Family Called for Help During a Mental Health Crisis. Cops Killed Him Instead

**DAILY NEWS DIGEST**
Our Daily Digest brings Democracy Now! to your inbox each morning.

EMAIL                     **SUBMIT**

## Recent News

"Lawless": Marwan Bishara on Israel Bombing Syria 800 Times & Expanding Occupation of Golan Heights



South Korea Impeaches President as Demands Grow for Democratic Reforms



Reporter Ken Klippenstein on Publishing Luigi Mangione Manifesto & Internal UnitedHealth PR Memos



Denied: ProPublica Exposes UnitedHealth Profiteering Off Limiting Care for Children with Autism



Report from Damascus: Relief Mixed with Sadness. Syrians Search for Loved Ones in Prisons & Morgues



**HEADLINES FOR DECEMBER 16**

Watch   Read



Israel Continues to Bomb Syria, Pushes Ahead with Plan to Invade and Settle More of Golan Heights

Israel Kills Khaled Nabhan, Palestinian Man Who Mourned His Granddaughter Reem: "Soul of My Soul"

Israel Kills 3 More Reporters Incl. Mohammed Balousha, Who Exposed Killing of ICU Babies at Al-Nasr

Jenin Residents Demonstrate Against Deadly Palestinian Authority Raids

Georgian Dream Lawmakers Appoint Far-Right Mikheil Kavelashvili as President

Tropical Cyclone Chido Rips Through Mayotte, Thousands Feared Dead

Drone Strike Kills at Least 9 at El Fasher's Main Hospital in Darfur

South Korea Impeaches President Yoon Suk Yeol After Failed Martial Law Attempt

Trump & Vance Attend Military Football Game with Cabinet Picks, Ex-Marine Who Killed Subway Performer

"Another News Outlet Chooses Obedience": ABC News Settles Defamation Suit with $15M Trump Donation

Biden's Clemency Order Includes "Kids-for-Cash" Judge, Doctor Who Watered Down Cancer Drugs

**VIEW ALL**

**EXHIBIT A**

remembered that way, just a wonderful person. Early in his career, he went to nursing homes and played for people, and always talkative, informative and a very healing person to talk to. …

And as the world on, his music will probably be played, and I'm sure the world will realize how they will miss him, too. And not to be able to see his potential in full is probably the most — is one of the saddest parts of this whole process, not to see his full potential and the things that he could have probably done in the future.

**AMY GOODMAN:** That was Herman Whitfield Jr., the father of Herman Whitfield III, who died in 2022 after two Indianapolis officers repeatedly tased him, handcuffed and pinned him to the ground as he cried out he couldn't breathe.

We're joined now by Herman's mother, Gladys Whitfield, a former public interest law attorney, current federal administrative law judge.

Again, our condolences on the loss of your son, Gladys. If you can describe what happened that day? I mean, you're experiencing a mental health crisis of your son. What did you hope would happen that day, that an ambulance would come?

**GLADYS WHITFIELD:** Yes. Thank you. Good morning, and thank you for having me on your show and talking about our son. And I'm here to, essentially, speak on his behalf, since he can't speak for himself, and talk about how he was harmed and killed.

But, yes, I called 911 for an ambulance, because Herman was having a mental health crisis. And I wanted the ambulance to come and take him to the hospital. And so, instead of that happening, as you can see on the videos — the videos are all over the internet, the bodycam videos — Herman was handled so roughly and dehumanized — I think that had to be part of their mindset, the officers' mindset — and ultimately killed him.

**AMY GOODMAN:** Can you talk about the trial and the acquittal of the two Indianapolis officers, Gladys Whitfield?

**GLADYS WHITFIELD:** Well, the trial went on for five days. It started Monday, and the jury began deliberations on Friday. And that same day, Friday, the officers — or, rather, the jury returned its verdict of not guilty on all charges for both officers.

And we were very disappointed. We thought the evidence showed beyond a reasonable doubt that the officers had acted — had violated the law and committed criminal acts and should be held accountable for what they did.

**AMY GOODMAN:** How do you want your son to be remembered? What do you think justice would look like?

**GLADYS WHITFIELD:** I guess I'm reframing in my mind what I think justice would look like, because I thought justice would look like the officers being convicted and being held accountable for their actions.

And I just want to say here that one of the officers, Ahmad, had already previously had a complaint filed against him for harming a civilian. And at that time, Mr. Ahmad was an officer in another part of Indiana called Hobart. And a complaint was filed in Lake County court. The outcome of that complaint, that court complaint, I am not sure, but previous allegations have been made about officer Ahmad when he has been performing police duties.

But so, at this point, because the jury found the defendants not guilty, justice would include that we be found — we get a favorable decision in the U.S. District Court in the Southern District of Indiana, where we have filed a complaint for the wrongful death of Herman. And also we have a state claim pending, my husband and I, for the infliction of emotional distress, because — I don't know if you could see in that video, but Herman was killed in our home right in front of us. And it was so, so tragic and unexpected and unnecessary.

**AMY GOODMAN:** You're a judge, Gladys Whitfield.

**GLADYS WHITFIELD:** So, part of justice — yes.

**AMY GOODMAN:** I'm wondering, in this last 30 seconds, when someone is dealing with a mental health crisis, what are they supposed to do?

**GLADYS WHITFIELD:** Well, my understanding, based upon the complaints or the pleadings that have been filed in court, and the depositions, where the officers were deposed and asked about what proper procedure is, in a case where an individual is having mental health crises, the officers are supposed to take time, try to negotiate, talk to the person, use persuasion and to just try to deescalate.

**AMY GOODMAN:** Well, Judge Gladys Whitfield —

**GLADYS WHITFIELD:** Also — yes.

**AMY GOODMAN:** — we have to leave it there but this is an issue we will continue to talk about. Gladys Whitfield is the mother of Herman Whitfield III, award-winning African American piano virtuoso, killed by Indianapolis police in 2022 after his parents called 911 to ask for help for their son experiencing a mental health crisis.

That does it for our show. I'm Amy Goodman. Thanks so much for joining us.

*The original content of this program is licensed under a Creative Commons Attribution-Noncommercial-No*

**EXHIBIT A**



Derivative Works 3.0 United States License. Please attribute legal copies of this work to democracynow.org. Some of the work(s) that this program incorporates, however, may be separately licensed. For further information or additional permissions, contact us.

**Up Next**

**"Model America": Family of Phillip Pannell, Killed by White NJ Cop in '90, Still Struggles for Justice**

**MOST POPULAR**

1
Reporter Ken Klippenstein on Publishing Luigi Mangione Manifesto & Internal UnitedHealth PR Memos

2
Deny, Defend, Depose: UnitedHealthcare CEO's Slaying Highlights Widespread Rage at Healthcare Industry

3
"Lawless": Marwan Bishara on Israel Bombing Syria 800 Times & Expanding Occupation of Golan Heights

4
Uhuru 3: Meet Black Liberation Leader Omali Yeshitela, 83. He Faces 5 Years in Prison on Dec. 16

## NON-COMMERCIAL NEWS NEEDS YOUR SUPPORT

We rely on contributions from our viewers and listeners to do our work.
Please do your part today.

**MAKE A DONATION**

**INDEPENDENT GLOBAL NEWS**

Democracy Now! is a 501(c)3 non-profit news organization. We do not accept funding from advertising, underwriting or government agencies. We rely on contributions from our viewers and listeners to do our work. Please do your part today.

**MAKE A DONATION**

**Get Email Updates**

EMAIL    SUBSCRIBE

**NEWS**
Home
Daily Shows
Columns
Web Exclusives
Topics

**DEMOCRACY NOW!**
About
Events
Contact
Stations
Get Involved
Education
Jobs
For Broadcasters

**EDITIONS**
English
Español

**FOLLOW**
Daily Digest
RSS & Podcasts
Android App
iPhone App

# EXHIBIT A