# Exhibit 2

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## State of Indiana v. Adam Ahmad

| | |
|---|---|
| Case Number | 49D29-2304-F5-010447 |
| Court | Marion Superior Court 29 |
| Type | F5 - Felony 5 |
| Filed | 04/13/2023 |
| Status | 12/06/2024 , Decided |
| Reference | Prosecutor Case Management Number<br>49D29-DM2494808 |
| Related | Co-Defendant Case<br>49D29-2304-F5-010443 |

## Parties to the Case

Defendant   Ahmad, Adam

Description
Male, White

Address
IMPD 50 N. Alabama
Indianapolis, IN 46204

Attorney
John Fredrick Kautzman
*#554449, Lead, Retained*

135 N Pennsylvania Street
STE 1600
Indianapolis, IN 46204
317-634-4356(W)

Attorney
Phillip Mason Riley
*#3148349, Retained*

111 monument CIR
STE 4400
Indianapolis, IN 46204
317-822-4400(W)

Attorney
Maxwell Bryant Wiley
*#2813149, Retained*

1060 Villa Ave.
Indianapolis, IN 46203
317-736-0053(W)

State             State of Indiana
Plaintiff

Attorney
Daniel Joseph Cicchini
*#2920349, Lead*

251 E Ohio ST
STE 160
Indianapolis, IN 46204
317-327-5344(W)

Attorney
Ryan Wilson Mears
*#2648649*

251 E Ohio St
Suite 160
Indianapolis, IN 46204
317-327-3522(W)

Attorney
Janna Michelle Skelton
*#1956653*

251 East Ohio St.
Ste. 160
Indianapolis, IN 46204

## Charges

01  04/25/2022  35-42-1-4(b)(3)/F5:Involuntary Manslaughter Death occurs while Def commits or attempts to commit bat

Statute
35-42-1-4(b)(3)

Degree
F5

02  04/25/2022  35-42-1-5/F5: Reckless Homicide-Use when offense is not committed by using a motor vehicle

Statute
35-42-1-5

Degree
F5

03  04/25/2022  35-42-2-1(c)(1)/F5: Battery Resulting in Serious Bodily Injury

Statute
35-42-2-1(c)(1)

Degree
F5

04  04/25/2022  35-42-2-1(c)(1)/F6: Battery Resulting in Moderate Bodily Injury

Statute
35-42-2-1(c)(1)

Degree
F6

05  04/25/2022  35-42-2-1(c)(1)/MB: Battery

Statute
35-42-2-1(c)(1)

Degree
MB

## Bonds

04/14/2023   Marion Corporate Surety Bond

| | |
|---|---|
| Bond # | VBG-007165 |
| Amount | $15,000.00 |
| Status | 04/14/2023 - Surety Bond Received By Clerk |

## Chronological Case Summary

04/13/2023    **Case Opened as a New Filing**

04/13/2023    **Case Filed Electronically**
Added By EFile Manager

| 04/13/2023 | **Motion for No Contact Order Filed** | |
|---|---|---|
| | No Contact Order MOTION | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/13/2023 |

| 04/13/2023 | **Notice Filed** | |
|---|---|---|
| | LR49-CR2.3-101 Case Consolidation Notice | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/13/2023 |

| 04/13/2023 | **Appearance Filed** | |
|---|---|---|
| | Appearance Form | |
| | For Party: | State of Indiana |
| | File Stamp: | 04/13/2023 |

| 04/13/2023 | **Discovery Filed** | |
|---|---|---|
| | Criminal History | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/13/2023 |

| 04/13/2023 | **Indictment Filed** | |
|---|---|---|
| | Indictment | |
| | Petitioner: | State of Indiana |
| | Date 2: | 04/13/2023 |

| 04/13/2023 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Ahmad, Adam |
| | File Stamp: | 04/13/2023 |

| 04/13/2023 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Initial Hearing scheduled for 04/14/2023 at 10:00 AM. | |

| 04/14/2023 | **Initial Hearing** | |
|---|---|---|
| | Session: | |
| | 04/14/2023 10:00 AM, Judicial Officer: Miller, Charles F. | |
| | Result: | Commenced and concluded |

| 04/14/2023 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Hearing Scheduling Activity ---- 4/13/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears | |

| 04/14/2023 | **Temporary Appearance Filed** | |
|---|---|---|
| | Appearance Form, Second Chair | |
| | For Party: | State of Indiana |
| | File Stamp: | 04/14/2023 |

| 04/14/2023 | **Hearing Journal Entry** | |
|---|---|---|
| | State by Dan Cicchini and Celita Scott. Defendant in person and by counsel John Kautzman and Ed Merchant | |
| | Judicial Officer: | Miller, Charles F. |

| 04/14/2023 | **Hearing Journal Entry** | |
|---|---|---|
| | Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |

| 04/14/2023 | **Hearing Journal Entry** | |
|---|---|---|
| | Defendant waives formal reading of information and penalties | |
| | Judicial Officer: | Miller, Charles F. |

| 04/14/2023 | **Court Sets Bond** | |
|---|---|---|
| | $15,000 SR | |
| | Judicial Officer: | Miller, Charles F. |
| | Party: | Ahmad, Adam |

| 04/14/2023 | **No Contact Order Issued** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/14/2023 |

| | |
|---|---|
| 04/14/2023 | **Hearing Journal Entry** |
| | No firearms, deadly weapons, or ammunition outside of residence |
| | Judicial Officer:                           Miller, Charles F. |

| | |
|---|---|
| 04/14/2023 | **Omnibus Date** |
| | 6-3-23 |

| | |
|---|---|
| 04/14/2023 | **Order Issued** |
| | Order for Processing |
| | Judicial Officer:                           Miller, Charles F. |
| | Order Signed:                             04/14/2023 |

| | |
|---|---|
| 04/14/2023 | **Hearing Scheduling Activity** |
| | Pretrial Conference scheduled for 07/05/2023 at 9:00 AM. |

| | |
|---|---|
| 04/14/2023 | **Hearing Scheduling Activity** |
| | Jury Trial scheduled for 07/11/2023 at 9:00 AM. |

| | |
|---|---|
| 04/14/2023 | **Administrative Event** |
| | minute sheet 4-14-23 |

| | |
|---|---|
| 04/14/2023 | **Surety Bond Entered in Clerk's Office** |

| | |
|---|---|
| 04/14/2023 | **Advisement of Rights Conducted** |
| | Judicial Officer:                           Miller, Charles F. |

| | |
|---|---|
| 04/14/2023 | **Order on Initial Hearing** |
| | Judicial Officer:                           Miller, Charles F. |
| | Order Signed:                             04/14/2023 |

| | |
|---|---|
| 04/15/2023 | **Automated ENotice Issued to Parties** |
| | Order Issued ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Order on Initial Hearing ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| | |
|---|---|
| 04/24/2023 | **Hearing Scheduling Activity** |
| | Pretrial Conference originally scheduled on 07/05/2023 at 9:00 AM was rescheduled to 07/19/2023 at 9:00 AM. Reason: Court's Own Motion. |

| | |
|---|---|
| 04/24/2023 | **Hearing Scheduling Activity** |
| | Jury Trial originally scheduled on 07/11/2023 at 9:00 AM was rescheduled to 07/25/2023 at 9:00 AM. Reason: Court's Own Motion. |

| | |
|---|---|
| 04/25/2023 | **Automated ENotice Issued to Parties** |
| | Hearing Scheduling Activity ---- 4/24/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 4/24/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| | |
|---|---|
| 04/28/2023 | **Motion for Discovery Protective Order Filed** |
| | LERs Disco Prot Order, Motion |
| | Filed By:                                 State of Indiana |
| | File Stamp:                               04/28/2023 |

| | |
|---|---|
| 05/01/2023 | **Order Granting Motion for Discovery Protective Order** |
| | Judicial Officer:                           Miller, Charles F. |
| | Order Signed:                             04/28/2023 |

| | |
|---|---|
| 05/02/2023 | **Automated ENotice Issued to Parties** |
| | Order Granting Motion for Discovery Protective Order ---- 5/1/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| | |
|---|---|
| 05/03/2023 | **Request for Production** |
| | EMS Request TPR |
| | Party:                                    State of Indiana |
| | File Stamp:                               05/03/2023 |

| | |
|---|---|
| 05/03/2023 | **Subpoena/Summons Filed** |
| | EMS Request TPR SUBPOENA |
| | Filed By:                                 State of Indiana |
| | File Stamp:                               05/03/2023 |

| 05/03/2023 | **Request for Production** | |
|---|---|---|
| | Community Health Records TPR | |
| | Party: | State of Indiana |
| | File Stamp: | 05/03/2023 |

| 05/03/2023 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Community Health Records TPR SUBPOENA | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/03/2023 |

| 05/10/2023 | **Discovery Filed** | |
|---|---|---|
| | Initial Discovery.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/10/2023 |

| 05/17/2023 | **Motion Filed** | |
|---|---|---|
| | Motion - Protective Order | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/17/2023 |

| 05/22/2023 | **Order Granting** | |
|---|---|---|
| | State's Motion for Protective Order | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 05/22/2023 |

| 05/23/2023 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting ---- 5/22/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |

| 05/23/2023 | **Discovery Filed** | |
|---|---|---|
| | Discovery Compliance - Ahmad.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/23/2023 |

| 07/05/2023 | **Judicial Notice of Media Request for Cameras in the Court** | |
|---|---|---|
| | Notice Date: | 07/04/2023 |

| 07/06/2023 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 7/5/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |

| 07/06/2023 | **Approval of Media Request for Cameras in the Court** | |
|---|---|---|
| | Date Signed: | 07/06/2023 |

| 07/07/2023 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Approval of Media Request for Cameras in the Court ---- 7/6/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |

| 07/11/2023 | **Motion for Continuance Filed** | |
|---|---|---|
| | JOINT MOTION FOR CONTINUANCE | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 07/11/2023 |

| 07/18/2023 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Pretrial Conference scheduled for 07/19/2023 at 9:00 AM was cancelled. Reason: Agreement of Parties. | |

| 07/18/2023 | **Order Granting Motion for Continuance** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 07/11/2023 |

| 07/18/2023 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Jury Trial originally scheduled on 07/25/2023 at 9:00 AM was rescheduled to 01/23/2024 at 8:30 AM. Reason: By Request. | |

| 07/18/2023 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Final PreTrial Hearing/Conference scheduled for 01/17/2024 at 9:00 AM. | |

| 07/19/2023 | **CANCELED Pretrial Conference** |
|---|---|
| | Reason:                         Agreement of Parties |
| | Session: |
| |             07/05/2023 9:00 AM, Rescheduled |
| | Session: |
| |             07/19/2023 9:00 AM, Cancelled |

| 07/19/2023 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 7/18/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Order Granting Motion for Continuance ---- 7/18/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 7/18/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 7/18/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 09/22/2023 | **Notice to Court Filed** |
|---|---|
| | NoticeToCourt.pdf |
| | Filed By:                  State of Indiana |
| | File Stamp:              09/22/2023 |

| 09/22/2023 | **Discovery Filed** |
|---|---|
| | Supplemental Discovery 1.pdf |
| | Filed By:                  State of Indiana |
| | File Stamp:              09/22/2023 |

| 09/29/2023 | **Discovery Filed** |
|---|---|
| | Supplemental Discovery 2.pdf |
| | Filed By:                  State of Indiana |
| | File Stamp:              09/29/2023 |

| 10/31/2023 | **Discovery Filed** |
|---|---|
| | Supplemental Discovery 3.pdf |
| | Filed By:                  State of Indiana |
| | File Stamp:              10/31/2023 |

| 12/21/2023 | **Motion for Continuance Filed** |
|---|---|
| | Motion to Continue |
| | Filed By:                  Ahmad, Adam |
| | File Stamp:              12/20/2023 |

| 12/21/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Final PreTrial Hearing/Conference originally scheduled on 01/17/2024 at 9:00 AM was rescheduled to 04/24/2024 at 9:00 AM. Reason: By Request. |

| 12/21/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial originally scheduled on 01/23/2024 at 8:30 AM was rescheduled to 04/30/2024 at 9:00 AM. Reason: By Request. |

| 12/21/2023 | **Order Granting Motion for Continuance** |
|---|---|
| | Parties to inform cour how many days jury should last |
| | Judicial Officer:          Miller, Charles F. |
| | Order Signed:           12/21/2023 |

| 12/22/2023 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 12/21/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 12/21/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Order Granting Motion for Continuance ---- 12/21/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 01/29/2024 | **Appearance Filed** |
|---|---|
| | Appearance |
| | For Party:                Ahmad, Adam |
| | File Stamp:              01/29/2024 |

| 02/06/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Status Conference scheduled for 03/11/2024 at 1:00 PM. |

| 02/07/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 2/6/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| | |
|---|---|
| 03/07/2024 | **Hearing Scheduling Activity** |
| | Status Conference scheduled for 03/11/2024 at 1:00 PM was cancelled. Reason: Agreement of Parties. |

| | |
|---|---|
| 03/08/2024 | **Automated ENotice Issued to Parties** |
| | Hearing Scheduling Activity ---- 3/7/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| | |
|---|---|
| 03/11/2024 | **CANCELED Status Conference** |
| | Reason:                            Agreement of Parties |
| | Session: |
| |                     03/11/2024 1:00 PM, Cancelled |

| | |
|---|---|
| 03/12/2024 | **Motion for Continuance Filed** |
| | Continuance Motion |
| | Filed By:                        State of Indiana |
| | File Stamp:                     03/12/2024 |

| | |
|---|---|
| 03/13/2024 | **Hearing Scheduling Activity** |
| | Final PreTrial Hearing/Conference originally scheduled on 04/24/2024 at 9:00 AM was rescheduled to 06/17/2024 at 9:00 AM. Reason: By Request. |

| | |
|---|---|
| 03/13/2024 | **Hearing Scheduling Activity** |
| | Jury Trial originally scheduled on 04/30/2024 at 9:00 AM was rescheduled to 06/24/2024 at 9:00 AM. Reason: By Request. |

| | |
|---|---|
| 03/13/2024 | **Hearing Scheduling Activity** |
| | Jury Trial scheduled for 06/21/2024 at 9:00 AM. |

| | |
|---|---|
| 03/13/2024 | **Order Granting Motion for Continuance** |
| | Judicial Officer:                  Miller, Charles F. |
| | Order Signed:                    03/13/2024 |

| | |
|---|---|
| 03/14/2024 | **Automated ENotice Issued to Parties** |
| | Hearing Scheduling Activity ---- 3/13/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 3/13/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 3/13/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Order Granting Motion for Continuance ---- 3/13/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| | |
|---|---|
| 04/16/2024 | **Motion to Withdraw Appearance Filed** |
| | Motion to Withdraw |
| | Filed By:                        Ahmad, Adam |
| | File Stamp:                     04/16/2024 |

| | |
|---|---|
| 04/17/2024 | **Order Granting Motion to Withdraw Appearance** |
| | Judicial Officer:                  Miller, Charles F. |
| | Order Signed:                    04/16/2024 |

| | |
|---|---|
| 04/18/2024 | **Automated ENotice Issued to Parties** |
| | Order Granting Motion to Withdraw Appearance ---- 4/17/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| | |
|---|---|
| 04/18/2024 | **Discovery Filed** |
| | GJ Transcripts_Compliance |
| | Filed By:                        State of Indiana |
| | File Stamp:                     04/18/2024 |

| | |
|---|---|
| 05/08/2024 | **Motion Filed** |
| | Motion to Release - Ahmad.pdf |
| | Filed By:                        State of Indiana |
| | File Stamp:                     05/07/2024 |

| | |
|---|---|
| 05/08/2024 | **Order Granting** |
| | State's Motion to Release Transcripts |
| | Judicial Officer:                  Miller, Charles F. |
| | Order Signed:                    05/08/2024 |

| | |
|---|---|
| 05/09/2024 | **Automated ENotice Issued to Parties** |
| | Order Granting ---- 5/8/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 06/03/2024 | **Motion to Dismiss Filed** | |
| | Motion to Dismiss | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 05/31/2024 |

| 06/03/2024 | **Memorandum/Brief Filed** | |
| | Memo in Support of Motion to Dismiss and/or Exclude | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 05/31/2024 |

| 06/04/2024 | **Hearing Scheduling Activity** | |
| | Pretrial Conference scheduled for 06/05/2024 at 10:00 AM. | |

| 06/05/2024 | **Pretrial Conference** | |
| | Session: | |
| | | 06/05/2024 10:00 AM, Judicial Officer: Miller, Charles F. |
| | Comment: | attorneys only |
| | Result: | Commenced and concluded |

| 06/05/2024 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 6/4/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |

| 06/05/2024 | **Hearing Journal Entry** | |
| | State by Dan Cicchini. Defendant by counsel John Kautzman and Mason Riley | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
| | Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
| | Hearing held as attorneys only | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
| | Hearing held on Motion to Dismiss | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
| | State's response to Motion to Dismiss due by close of business on 8-29-24 | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
| | Rebuttal due by close of business on 9-12-24 if necessary | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Motion for Continuance Filed** | |
| | Joint. Orally | |
| | Filed By: | Ahmad, Adam |
| | Filed By: | State of Indiana |
| | File Stamp: | 06/05/2024 |

| 06/05/2024 | **Order Granting Motion for Continuance** | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 06/05/2024 |

| 06/05/2024 | **Administrative Event** | |
| | minute sheet 6-5-24 | |

| 06/05/2024 | **Hearing Scheduling Activity** | |
| | Final PreTrial Hearing/Conference originally scheduled on 06/17/2024 at 9:00 AM was rescheduled to 11/20/2024 at 9:00 AM. Reason: By Request. | |

| 06/05/2024 | **Hearing Scheduling Activity** | |
| | Jury Trial originally scheduled on 06/21/2024 at 9:00 AM was rescheduled to 11/26/2024 at 9:00 AM. Reason: By Request. | |

| 06/05/2024 | **Hearing Scheduling Activity** | |
| | Jury Trial originally scheduled on 06/24/2024 at 9:00 AM was rescheduled to 12/02/2024 at 9:00 AM. Reason: By Request. | |

| 06/06/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 6/5/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 6/5/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 6/5/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 06/06/2024 | **TR56 Evidence Designation Filed** | |
|---|---|---|
| | Designation of Evidence | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 06/05/2024 |

| 06/25/2024 | **Discovery Filed** | |
|---|---|---|
| | Supplemental Discovery 4.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 06/25/2024 |

| 06/25/2024 | **Notice of Substitution of Counsel** | |
|---|---|---|
| | Appearance Substitution Form (inc. WITHDRAW) | |
| | Party: | State of Indiana |
| | File Stamp: | 06/25/2024 |

| 08/29/2024 | **Response Filed** | |
|---|---|---|
| | A. Ahmad - Mtn in Opposition.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 08/29/2024 |

| 08/29/2024 | **Memorandum/Brief Filed** | |
|---|---|---|
| | State's Response to Motion to Dismiss | |
| | File Stamp: | 08/29/2024 |

| 09/12/2024 | **Response Filed** | |
|---|---|---|
| | Defendant's Reply in Support of Motion to Dismiss and/or Exclude and Request for Oral Argument | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 09/12/2024 |

| 09/12/2024 | **Memorandum/Brief Filed** | |
|---|---|---|
| | Reply Brief in Support of Defendant's Motion to Dismiss and/or Exclude | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 09/12/2024 |

| 09/25/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Hearing on Motion to Dismiss scheduled for 11/04/2024 at 1:00 PM. |

| 09/25/2024 | **Administrative Event** |
|---|---|
| | court received/reviewed and set hearing for 11/4 @ 1pm |

| 09/26/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 9/25/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton |

| 10/30/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Hearing on Motion to Dismiss originally scheduled on 11/04/2024 at 1:00 PM was rescheduled to 11/04/2024 at 10:30 AM. Reason: Court's Own Motion. |

| 10/31/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 10/30/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton |

| 11/01/2024 | **Judicial Notice of Media Request for Cameras in the Court** | |
|---|---|---|
| | Noticed: | Ahmad, Adam |
| | Noticed: | Cicchini, Daniel Joseph |
| | Noticed: | Kautzman, John Fredrick |
| | Noticed: | Riley, Phillip Mason |
| | Noticed: | Skelton, Janna Michelle |
| | Notice Date: | 11/01/2024 |

| 11/01/2024 | **Denial of Media Request for Cameras in the Court** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Noticed:: | Ahmad, Adam |
| | Noticed:: | Cicchini, Daniel Joseph |
| | Noticed:: | Kautzman, John Fredrick |
| | Noticed:: | Riley, Phillip Mason |
| | Noticed:: | Skelton, Janna Michelle |
| | Date Signed: | 11/01/2024 |

| 11/02/2024 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/1/2024 : Adam Ahmad Denial of Media Request for Cameras in the Court ---- 11/1/2024 : Adam Ahmad |

| 11/02/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/1/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton Denial of Media Request for Cameras in the Court ---- 11/1/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton |

| 11/04/2024 | **Hearing on Motion to Dismiss** | |
|---|---|---|
| | Session: | |
| | | 11/04/2024 1:00 PM, Rescheduled |
| | Session: | |
| | | 11/04/2024 10:30 AM, Judicial Officer: Miller, Charles F. |
| | Result: | Commenced and concluded |

| 11/04/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | State by Dan Cicchini, Janna Skelton and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley. | |
| | Judicial Officer: | Miller, Charles F. |

| 11/04/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |

| 11/04/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Hearing held on defendant's Motion to Dismiss. | |
| | Judicial Officer: | Miller, Charles F. |

| 11/04/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Defendant presents evidence and arguments | |
| | Judicial Officer: | Miller, Charles F. |

| 11/04/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | State responds | |
| | Judicial Officer: | Miller, Charles F. |

| 11/04/2024 | **Order Denying Motion to Dismiss** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Order Issued: | 11/04/2024 |

| 11/04/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Court orders all final motions, witness and exhibit lists due by close of business on November 14, 2024. | |
| | Judicial Officer: | Miller, Charles F. |

| 11/04/2024 | **Administrative Event** |
|---|---|
| | minute sheet 11-4-24 |

| 11/04/2024 | **Judicial Notice of Media Request for Cameras in the Court** | |
|---|---|---|
| | Noticed: | Ahmad, Adam |
| | Noticed: | State of Indiana |
| | Noticed: | Cicchini, Daniel Joseph |
| | Noticed: | Kautzman, John Fredrick |
| | Noticed: | Riley, Phillip Mason |
| | Noticed: | Skelton, Janna Michelle |
| | Sent To: | Ahmad, Adam |
| | Sent To: | State of Indiana |
| | Sent To: | Cicchini, Daniel Joseph |
| | Sent To: | Kautzman, John Fredrick |
| | Sent To: | Riley, Phillip Mason |
| | Sent To: | Skelton, Janna Michelle |
| | Notice Date: | 11/04/2024 |

| 11/05/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/4/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton |

| 11/05/2024 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/4/2024 : Adam Ahmad |

| 11/07/2024 | **Approval of Media Request for Cameras in the Court** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Noticed: | Ahmad, Adam |
| | Noticed: | Cicchini, Daniel Joseph |
| | Noticed: | Kautzman, John Fredrick |
| | Noticed: | Riley, Phillip Mason |
| | Noticed: | Skelton, Janna Michelle |
| | Date Signed: | 11/07/2024 |

| 11/08/2024 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Approval of Media Request for Cameras in the Court ---- 11/7/2024 : Adam Ahmad |

| 11/08/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Approval of Media Request for Cameras in the Court ---- 11/7/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton |

| 11/14/2024 | **Witness and/or Exhibit List Filed** | |
|---|---|---|
| | A. Ahmad Witness List.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 11/14/2024 |

| 11/14/2024 | **Motion In Limine Filed** | |
|---|---|---|
| | A. Ahmad MIL.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 11/14/2024 |

| 11/14/2024 | **Witness and/or Exhibit List Filed** | |
|---|---|---|
| | A. Ahmad Exhibit List.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 11/14/2024 |

| 11/15/2024 | **Witness and/or Exhibit List Filed** | |
|---|---|---|
| | Ahmad Final Witness & Exhibit Lists | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 11/14/2024 |

| 11/15/2024 | **Motion In Limine Filed** | |
|---|---|---|
| | Motion and Memorandum in Support of Defendant's Motion in Limine | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 11/14/2024 |

| 11/20/2024 | **Final PreTrial Hearing/Conference** |
|---|---|
| | Session: |
| | 01/17/2024 9:00 AM, Rescheduled |
| | Session: |
| | 04/24/2024 9:00 AM, Rescheduled |
| | Session: |
| | 06/17/2024 9:00 AM, Rescheduled |
| | Session: |
| | 11/20/2024 10:00 AM, Judicial Officer: Miller, Charles F. |
| | Result: Commenced and concluded |

| 11/20/2024 | **Hearing Journal Entry** |
|---|---|
| | State by Dan Cicchini, Jana Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley |
| | Judicial Officer: Miller, Charles F. |

| 11/20/2024 | **Hearing Journal Entry** |
|---|---|
| | Defendant out of custody |
| | Judicial Officer: Miller, Charles F. |

| 11/20/2024 | **Hearing Journal Entry** |
|---|---|
| | Hearing held on Motion in Limine |
| | Judicial Officer: Miller, Charles F. |

| 11/20/2024 | **Order Granting Motion In Limine** |
|---|---|
| | State & Defense - in part |
| | Judicial Officer: Miller, Charles F. |
| | Order Signed: 11/20/2024 |

| 11/20/2024 | **Hearing Journal Entry** |
|---|---|
| | Spectators admonished regarding appropriate courtroom attire during trial |
| | Judicial Officer: Miller, Charles F. |

| 11/20/2024 | **Administrative Event** |
|---|---|
| | minute sheet 11-20-24 |

| 11/20/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 12/03/2024 at 9:00 AM. |

| 11/20/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 12/04/2024 at 9:00 AM. |

| 11/20/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 12/05/2024 at 9:00 AM. |

| 11/21/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 11/20/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |
| | Hearing Scheduling Activity ---- 11/20/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |
| | Hearing Scheduling Activity ---- 11/20/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |

| 11/21/2024 | **Order Issued** |
|---|---|
| | Order for Records |
| | Judicial Officer: Miller, Charles F. |
| | Order Signed: 11/21/2024 |

| 11/22/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Issued ---- 11/21/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |

| 11/25/2024 | **Motion Filed** |
|---|---|
| | A. Ahmad Garrity Motion.pdf |
| | Filed By: State of Indiana |
| | File Stamp: 11/23/2024 |

| 11/25/2024 | **Response Filed** |
|---|---|
| | Defendant's Response to State's Motion Regarding the Potential Use of Compelled Statements |
| | Filed By: Ahmad, Adam |
| | File Stamp: 11/25/2024 |

| 11/26/2024 | **Jury Trial** | |
|---|---|---|
| | Session: | |
| | | 06/21/2024 9:00 AM, Rescheduled |
| | Session: | |
| | | 11/26/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Comment: | Jury Selection |
| | Result: | Commenced and concluded |

| 11/26/2024 | **Judicial Notice of Media Request for Cameras in the Court** | |
|---|---|---|
| | Noticed: | Ahmad, Adam |
| | Noticed: | Cicchini, Daniel Joseph |
| | Noticed: | Kautzman, John Fredrick |
| | Noticed: | Riley, Phillip Mason |
| | Noticed: | Skelton, Janna Michelle |
| | Notice Date: | 11/26/2024 |

| 11/26/2024 | **Denial of Media Request for Cameras in the Court** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Noticed:: | Ahmad, Adam |
| | Noticed:: | Cicchini, Daniel Joseph |
| | Noticed:: | Kautzman, John Fredrick |
| | Noticed:: | Riley, Phillip Mason |
| | Noticed:: | Skelton, Janna Michelle |
| | Date Signed: | 11/26/2024 |

| 11/26/2024 | **Hearing Journal Entry** |
|---|---|
| | State by Dan Cicchini, Janna Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley |
| | Judicial Officer:                               Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** |
|---|---|
| | Defendant out of custody |
| | Judicial Officer:                               Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** |
|---|---|
| | Matter comes on for day 1 of Trial by Jury |
| | Judicial Officer:                               Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** |
|---|---|
| | Jurors selected and sworn |
| | Judicial Officer:                               Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** |
|---|---|
| | Jurors admonished at each separation |
| | Judicial Officer:                               Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** |
|---|---|
| | Jury in recess until 8:15 am on 12-2-24 |
| | Judicial Officer:                               Miller, Charles F. |

| 11/26/2024 | **Preliminary Instructions Filed** |
|---|---|
| | File Stamp:                               11/26/2024 |

| 11/27/2024 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/26/2024 : Adam Ahmad Denial of Media Request for Cameras in the Court ---- 11/26/2024 : Adam Ahmad |

| 11/27/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/26/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Janna Michelle Skelton;Phillip Mason Riley Denial of Media Request for Cameras in the Court ---- 11/26/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Janna Michelle Skelton;Phillip Mason Riley |

| | | |
|---|---|---|
| 12/02/2024 | **Jury Trial** | |
| | Session: | |
| | | 07/11/2023 9:00 AM, Rescheduled |
| | Session: | |
| | | 07/25/2023 9:00 AM, Rescheduled |
| | Session: | |
| | | 01/23/2024 8:30 AM, Rescheduled |
| | Session: | |
| | | 04/30/2024 9:00 AM, Rescheduled |
| | Session: | |
| | | 06/24/2024 9:00 AM, Rescheduled |
| | Session: | |
| | | 12/02/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Comment: | 8:30 am / 5 days |
| | Result: | Commenced and concluded |
| 12/02/2024 | **Motion In Limine Filed** | |
| | Defendant's Supplemental Motion in Limine | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 12/02/2024 |
| 12/02/2024 | **Hearing Journal Entry** | |
| | State by Dan Cicchini, Janna Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley | |
| | Judicial Officer: | Miller, Charles F. |
| 12/02/2024 | **Hearing Journal Entry** | |
| | Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |
| 12/02/2024 | **Hearing Journal Entry** | |
| | Matter comes on for day two of Trial by Jury | |
| | Judicial Officer: | Miller, Charles F. |
| 12/02/2024 | **Order Issued** | |
| | Separation of Witnesses | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 12/02/2024 |
| 12/02/2024 | **Hearing Journal Entry** | |
| | Hearing held on Defendant's Supplemental Motion in Limine | |
| | Judicial Officer: | Miller, Charles F. |
| 12/02/2024 | **Order Denying Motion In Limine** | |
| | Defendant's Supplemental | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 12/02/2024 |
| 12/02/2024 | **Hearing Journal Entry** | |
| | Preliminary Instructions read to Jury | |
| | Judicial Officer: | Miller, Charles F. |
| 12/02/2024 | **Hearing Journal Entry** | |
| | Parties make opening statements | |
| | Judicial Officer: | Miller, Charles F. |
| 12/02/2024 | **Hearing Journal Entry** | |
| | Evidence presented | |
| | Judicial Officer: | Miller, Charles F. |
| 12/02/2024 | **Hearing Journal Entry** | |
| | Jurors admonished at each separation | |
| | Judicial Officer: | Miller, Charles F. |
| 12/02/2024 | **Hearing Journal Entry** | |
| | Questions submitted by Jury | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Hearing Journal Entry** |
|---|---|
| | Jury in recess until 8:15 am on 12-3-24 |
| | Judicial Officer: Miller, Charles F. |

| 12/03/2024 | **Jury Trial** |
|---|---|
| | Session: |
| | 12/03/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Session: |
| | 12/04/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Session: |
| | 12/05/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Comment: 8:30 am |
| | Result: Commenced and concluded |

| 12/03/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Denying Motion In Limine ---- 12/2/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | State by Dan Cicchini, Janna Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley |
| | Judicial Officer: Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Defendant out of custody |
| | Judicial Officer: Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Matter comes on for day three of trial by jury |
| | Judicial Officer: Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Evidence presented |
| | Judicial Officer: Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Questions submitted by Jury |
| | Judicial Officer: Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Jury in recess until 8:15 am on 12-4-24 |
| | Judicial Officer: Miller, Charles F. |

| 12/04/2024 | **Administrative Event** |
|---|---|
| | Notice of Completion |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | State by deputy prosecugtor Dan Cichinni and Janna Shelton defendant by counsel John Kautzman, Mason Riley |
| | Judicial Officer: Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | defendant OUT of custody |
| | Judicial Officer: Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | matter comes on day 3 of trial |
| | Judicial Officer: Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | evidence presented |
| | Judicial Officer: Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | questions submittednby jury |
| | Judicial Officer: Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | Jury in recess until 8:30a.m. |
| | Judicial Officer: Miller, Charles F. |

| | | |
|---|---|---|
| 12/04/2024 | **Hearing Journal Entry** | |
| | minute sheet | |
| | Judicial Officer: | Miller, Charles F. |

| | | |
|---|---|---|
| 12/05/2024 | **Administrative Event** | |
| | Notice of Completion | |

| | | |
|---|---|---|
| 12/05/2024 | **Hearing Scheduling Activity** | |
| | Jury Trial scheduled for 12/06/2024 at 9:00 AM. | |

| | | |
|---|---|---|
| 12/05/2024 | **Hearing Journal Entry** | |
| | state by deputy prosecutor Dan Cichini, Janna Skelton and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley | |
| | Judicial Officer: | Miller, Charles F. |

| | | |
|---|---|---|
| 12/05/2024 | **Hearing Journal Entry** | |
| | defendant OUT of custody | |
| | Judicial Officer: | Miller, Charles F. |

| | | |
|---|---|---|
| 12/05/2024 | **Hearing Journal Entry** | |
| | matter comes on day 4 of trial | |
| | Judicial Officer: | Miller, Charles F. |

| | | |
|---|---|---|
| 12/05/2024 | **Hearing Journal Entry** | |
| | evidence presented | |
| | Judicial Officer: | Miller, Charles F. |

| | | |
|---|---|---|
| 12/05/2024 | **Hearing Journal Entry** | |
| | questions by jury | |
| | Judicial Officer: | Miller, Charles F. |

| | | |
|---|---|---|
| 12/05/2024 | **Hearing Journal Entry** | |
| | jury in recess until 830a | |
| | Judicial Officer: | Miller, Charles F. |

| | | |
|---|---|---|
| 12/05/2024 | **Administrative Event** | |
| | minute sheet 12/5/24 | |

| | | |
|---|---|---|
| 12/06/2024 | **Jury Trial** | |
| | Session: | |
| | 12/06/2024 9:00 AM, Judicial Officer: Miller, Charles F. | |
| | Result: | Commenced and concluded |

| | | |
|---|---|---|
| 12/06/2024 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 12/5/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley | |

| | | |
|---|---|---|
| 12/06/2024 | **Proposed Jury Instructions** | |
| | Defendant | |
| | Filed By: | Ahmad, Adam |
| | File Stamp: | 12/05/2024 |

| | | |
|---|---|---|
| 12/06/2024 | **Proposed Jury Instructions** | |
| | AhmadSanchezStateProposedFinals.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 12/05/2024 |

| | | |
|---|---|---|
| 12/06/2024 | **Hearing Journal Entry** | |
| | State by Dan Cicchini, Janna Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley | |
| | Judicial Officer: | Miller, Charles F. |

| | | |
|---|---|---|
| 12/06/2024 | **Hearing Journal Entry** | |
| | Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |

| | | |
|---|---|---|
| 12/06/2024 | **Hearing Journal Entry** | |
| | Matter comes on for day six of Trial by Jury | |
| | Judicial Officer: | Miller, Charles F. |

| 12/06/2024 | **Hearing Journal Entry** | |
| | Parties make closing arguments | |
| | Judicial Officer: | Miller, Charles F. |

| 12/06/2024 | **Final Instructions Filed** | |
| | File Stamp: | 12/06/2024 |

| 12/06/2024 | **Hearing Journal Entry** | |
| | Jurors retire to deliberate | |
| | Judicial Officer: | Miller, Charles F. |

| 12/06/2024 | **Jury Verdict Filed** | |
| | File Stamp: | 12/06/2024 |

| 12/06/2024 | **Judgment** | |
| | Judicial Officer: | Miller, Charles F. |

01.  35-42-1-4(b)(3)/F5:Involuntary Manslaughter Death occurs while Def commits or attempts to commit bat
  • Finding of Not Guilty
02.  35-42-1-5/F5: Reckless Homicide-Use when offense is not committed by using a motor vehicle
  • Finding of Not Guilty
03.  35-42-2-1(c)(1)/F5: Battery Resulting in Serious Bodily Injury
  • Finding of Not Guilty
04.  35-42-2-1(c)(1)/F6: Battery Resulting in Moderate Bodily Injury
  • Finding of Not Guilty
05.  35-42-2-1(c)(1)/MB: Battery
  • Finding of Not Guilty

| 12/06/2024 | **Disposition Sent Electronically to Indiana State Police** | |
| | Added By CHRIS Interface (DISP) | |

| 12/06/2024 | **Hearing Journal Entry** | |
| | Questions by Jury during deliberation | |
| | Judicial Officer: | Miller, Charles F. |

| 01/07/2025 | **Temporary/Limited Scope Appearance Filed** | |
| | Limited Appearance | |
| | For Party: | Wiley, Maxwell |
| | File Stamp: | 01/07/2025 |

| 01/07/2025 | **Motion Filed** | |
| | Request for Audio Recording of a Proceeding | |
| | Filed By: | Wiley, Maxwell |
| | File Stamp: | 01/07/2025 |

| 01/08/2025 | **Order Issued** | |
| | Order on Request for Audio Recording | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 01/08/2025 |

| 01/09/2025 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 1/8/2025 : John Fredrick Kautzman;Maxwell Bryant Wiley;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley | |

| 02/03/2025 | **Administrative Event** | |
| | Notice of Completion of Transcript | |

| 02/03/2025 | **Administrative Event** | |
| | Notice of Completion of Transcript | |

| 02/24/2025 | **Administrative Event** | |
| | Notice of Completion of Transcript | |

| 01/23/2026 | **Administrative Event** | |
| | Notice of Completion of Transcript | |

| 03/16/2026 | **Order of Pending Expungement** | |
| | Order Signed: | 03/16/2026 |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.