# Exhibit 3

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## State of Indiana v. Steven Sanchez

| | |
|---|---|
| Case Number | 49D29-2304-F5-010443 |
| Court | Marion Superior Court 29 |
| Type | F5 - Felony 5 |
| Filed | 04/13/2023 |
| Status | 12/06/2024 , Decided |
| Reference | Prosecutor Case Management Number<br>49-DM2494810 |
| Related | Co-Defendant Case<br>49D29-2304-F5-010447 |

## Parties to the Case

Defendant   Sanchez, Steven

Description
Male, White

Address
IMPD 50 S. Alabama Street
Indianapolis, IN 46204

Attorney
John Fredrick Kautzman
*#554449, Lead, Retained*

135 N Pennsylvania Street
STE 1600
Indianapolis, IN 46204
317-634-4356(W)

Attorney
Phillip Mason Riley
*#3148349, Retained*

111 monument CIR
STE 4400
Indianapolis, IN 46204
317-822-4400(W)

State         State of Indiana
Plaintiff

Attorney
Daniel Joseph Cicchini
*#2920349, Lead*

251 E Ohio ST
STE 160
Indianapolis, IN 46204
317-327-5344(W)

Attorney
Ryan Wilson Mears
*#2648649*

251 E Ohio St
Suite 160
Indianapolis, IN 46204
317-327-3522(W)

Attorney
Janna Michelle Skelton
*#1956653*

251 East Ohio St.
Ste. 160
Indianapolis, IN 46204

## Charges

| | | |
|---|---|---|
| 01 | 04/25/2022 | 35-42-1-4(b)(3)/F5:Involuntary Manslaughter Death occurs while Def commits or attempts to commit bat |

Statute

35-42-1-4(b)(3)

Degree

F5

| | | |
|---|---|---|
| 02 | 04/25/2022 | 35-42-1-4(b)(3)/F5:Involuntary Manslaughter Death occurs while Def commits or attempts to commit bat |

Statute

35-42-1-4(b)(3)

Degree

F5

| | | |
|---|---|---|
| 03 | 04/25/2022 | 35-42-1-5/F5: Reckless Homicide-Use when offense is not committed by using a motor vehicle |

Statute

35-42-1-5

Degree

F5

| | | |
|---|---|---|
| 04 | 04/25/2022 | 35-42-2-1(c)(1)/F5: Battery Resulting in Serious Bodily Injury |

Statute

35-42-2-1(c)(1)

Degree

F5

| | | |
|---|---|---|
| 05 | 04/25/2022 | 35-42-2-1(c)(1)/F6: Battery Resulting in Moderate Bodily Injury |

Statute

35-42-2-1(c)(1)

Degree

F6

| | | |
|---|---|---|
| 06 | 04/25/2022 | 35-42-2-1(c)(1)/MB: Battery |

Statute

35-42-2-1(c)(1)

Degree

MB

## Bonds

| | |
|---|---|
| 04/14/2023 | Marion Corporate Surety Bond |

| | |
|---|---|
| Bond # | VBG-007166 |
| Amount | $15,000.00 |
| Status | 04/14/2023 - Surety Bond Received By Clerk |

Chronological Case Summary

| 04/13/2023 | **Case Opened as a New Filing** |
|---|---|

| 04/13/2023 | **Case Filed Electronically** |
|---|---|
| | Added By EFile Manager |

**04/13/2023**  **Motion for No Contact Order Filed**
No Contact Order MOTION

| Filed By: | State of Indiana |
|---|---|
| File Stamp: | 04/13/2023 |

**04/13/2023**  **Notice Filed**
LR49-CR2.3-101 Case Consolidation Notice

| Filed By: | State of Indiana |
|---|---|
| File Stamp: | 04/13/2023 |

**04/13/2023**  **Appearance Filed**
Appearance Form

| For Party: | State of Indiana |
|---|---|
| File Stamp: | 04/13/2023 |

**04/13/2023**  **Discovery Filed**
Criminal History

| Filed By: | State of Indiana |
|---|---|
| File Stamp: | 04/13/2023 |

**04/13/2023**  **Indictment Filed**
Indictment

| Petitioner: | State of Indiana |
|---|---|
| Date 2: | 04/13/2023 |

**04/13/2023**  **Appearance Filed**
Appearance

| For Party: | Sanchez, Steven |
|---|---|
| File Stamp: | 04/13/2023 |

**04/13/2023**  **Hearing Scheduling Activity**
Initial Hearing scheduled for 04/14/2023 at 10:00 AM.

**04/14/2023**  **Initial Hearing**
Session:
    04/14/2023 10:00 AM, Judicial Officer: Miller, Charles F.
Result:     Commenced and concluded

**04/14/2023**  **Automated ENotice Issued to Parties**
Hearing Scheduling Activity ---- 4/13/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears

**04/14/2023**  **Temporary Appearance Filed**
Appearance Form, Second Chair

| For Party: | State of Indiana |
|---|---|
| File Stamp: | 04/14/2023 |

**04/14/2023**  **Hearing Journal Entry**
State by Dan Cicchini and Celita Scott. Defendant in person and by counsel John Kautzman and Ed Merchant

| Judicial Officer: | Miller, Charles F. |
|---|---|

**04/14/2023**  **Hearing Journal Entry**
Defendant out of custody

| Judicial Officer: | Miller, Charles F. |
|---|---|

**04/14/2023**  **Hearing Journal Entry**
Defendant waives formal reading of information and penalties

| Judicial Officer: | Miller, Charles F. |
|---|---|

**04/14/2023**  **Court Sets Bond**
$15,000 SR

| Judicial Officer: | Miller, Charles F. |
|---|---|
| Party: | Sanchez, Steven |

| 04/14/2023 | **No Contact Order Issued** | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/14/2023 |

| 04/14/2023 | **Hearing Journal Entry** | |
| | No firearms, deadly weapons, or ammunition outside of residence | |
| | Judicial Officer: | Miller, Charles F. |

| 04/14/2023 | **Omnibus Date** | |
| | 6-3-23 | |

| 04/14/2023 | **Order Issued** | |
| | Order for Processing | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/14/2023 |

| 04/14/2023 | **Hearing Scheduling Activity** | |
| | Pretrial Conference scheduled for 07/05/2023 at 9:00 AM. | |

| 04/14/2023 | **Hearing Scheduling Activity** | |
| | Jury Trial scheduled for 07/11/2023 at 9:00 AM. | |

| 04/14/2023 | **Administrative Event** | |
| | minute sheet 4-14-23 | |

| 04/14/2023 | **Surety Bond Entered in Clerk's Office** | |

| 04/14/2023 | **Order on Initial Hearing** | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/14/2023 |

| 04/14/2023 | **Advisement of Rights Conducted** | |
| | Judicial Officer: | Miller, Charles F. |

| 04/15/2023 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Order on Initial Hearing ---- 4/14/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |

| 04/24/2023 | **Hearing Scheduling Activity** | |
| | Pretrial Conference originally scheduled on 07/05/2023 at 9:00 AM was rescheduled to 07/19/2023 at 9:00 AM. Reason: Court's Own Motion. | |

| 04/24/2023 | **Hearing Scheduling Activity** | |
| | Jury Trial originally scheduled on 07/11/2023 at 9:00 AM was rescheduled to 07/25/2023 at 9:00 AM. Reason: Court's Own Motion. | |

| 04/25/2023 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 4/24/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 4/24/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |

| 04/28/2023 | **Motion for Discovery Protective Order Filed** | |
| | LERs Disco Prot Order, Motion | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/28/2023 |

| 05/01/2023 | **Order Granting Motion for Discovery Protective Order** | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/28/2023 |

| 05/02/2023 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Discovery Protective Order ---- 5/1/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |

| 05/03/2023 | **Request for Production** | |
| | EMS Request TPR | |
| | Party: | State of Indiana |
| | File Stamp: | 05/03/2023 |

| 05/03/2023 | **Subpoena/Summons Filed** |
|---|---|
| | EMS Request TPR SUBPOENA |

| | Filed By: | State of Indiana |
|---|---|---|
| | File Stamp: | 05/03/2023 |

| 05/03/2023 | **Request for Production** |
|---|---|
| | Community Health Records TPR |

| | Party: | State of Indiana |
|---|---|---|
| | File Stamp: | 05/03/2023 |

| 05/03/2023 | **Subpoena/Summons Filed** |
|---|---|
| | Community Health Records TPR SUBPOENA |

| | Filed By: | State of Indiana |
|---|---|---|
| | File Stamp: | 05/03/2023 |

| 05/10/2023 | **Discovery Filed** |
|---|---|
| | Initial Discovery.pdf |

| | Filed By: | State of Indiana |
|---|---|---|
| | File Stamp: | 05/10/2023 |

| 05/17/2023 | **Motion Filed** |
|---|---|
| | Motion - Protective Order.pdf |

| | Filed By: | State of Indiana |
|---|---|---|
| | File Stamp: | 05/17/2023 |

| 05/22/2023 | **Order Granting** |
|---|---|
| | State's Motion for Protective Order |

| | Judicial Officer: | Miller, Charles F. |
|---|---|---|
| | Order Signed: | 05/21/2023 |

| 05/23/2023 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting ---- 5/22/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 05/23/2023 | **Discovery Filed** |
|---|---|
| | Discovery Compliance - Sanchez.pdf |

| | Filed By: | State of Indiana |
|---|---|---|
| | File Stamp: | 05/23/2023 |

| 07/05/2023 | **Judicial Notice of Media Request for Cameras in the Court** |
|---|---|
| | Notice Date: | 07/04/2023 |

| 07/06/2023 | **Automated ENotice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 7/5/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 07/06/2023 | **Approval of Media Request for Cameras in the Court** |
|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Date Signed: | 07/06/2023 |

| 07/07/2023 | **Automated ENotice Issued to Parties** |
|---|---|
| | Approval of Media Request for Cameras in the Court ---- 7/6/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 07/11/2023 | **Motion for Continuance Filed** |
|---|---|
| | JOINT MOTION FOR CONTINUANCE |

| | Filed By: | Sanchez, Steven |
|---|---|---|
| | File Stamp: | 07/11/2023 |

| 07/13/2023 | **Order Granting Motion for Continuance** |
|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 07/11/2023 |

| 07/13/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Pretrial Conference scheduled for 07/19/2023 at 9:00 AM was cancelled. Reason: Agreement of Parties. |

| 07/13/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 07/25/2023 at 9:00 AM was cancelled. Reason: Agreement of Parties. |

| 07/13/2023 | **Hearing Scheduling Activity** |
| | Final PreTrial Hearing/Conference scheduled for 01/17/2024 at 8:30 AM. |

| 07/13/2023 | **Hearing Scheduling Activity** |
| | Jury Trial scheduled for 01/24/2024 at 8:30 AM. |

| 07/14/2023 | **Automated ENotice Issued to Parties** |
| | Order Granting Motion for Continuance ---- 7/13/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 7/13/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 7/13/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 7/13/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 7/13/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 07/19/2023 | **CANCELED Pretrial Conference** | |
| | Reason: | Agreement of Parties |
| | Session: | |
| | | 07/05/2023 9:00 AM, Rescheduled |
| | Session: | |
| | | 07/19/2023 9:00 AM, Cancelled |

| 07/25/2023 | **CANCELED Jury Trial** | |
| | Reason: | Agreement of Parties |
| | Session: | |
| | | 07/11/2023 9:00 AM, Rescheduled |
| | Session: | |
| | | 07/25/2023 9:00 AM, Cancelled |
| | Comment: | 8:30 am |

| 09/22/2023 | **Notice to Court Filed** | |
| | NoticeToCourt.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 09/22/2023 |

| 09/22/2023 | **Discovery Filed** | |
| | Supplemental Discovery 1.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 09/22/2023 |

| 09/29/2023 | **Discovery Filed** | |
| | Supplemental Discovery 2.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 09/29/2023 |

| 10/31/2023 | **Discovery Filed** | |
| | Supplemental Discovery 3.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 10/31/2023 |

| 12/08/2023 | **Motion to Travel Outside of State Filed** | |
| | MOTION FOR PERMISSION TO TRAVEL | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 12/08/2023 |

| 12/08/2023 | **Order Denying** | |
| | Motion to Travel | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 12/08/2023 |

| 12/09/2023 | **Automated ENotice Issued to Parties** |
| | Order Denying ---- 12/8/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 12/21/2023 | **Motion for Continuance Filed** | |
| | Motion to Continue | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 12/20/2023 |

| 12/21/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Final PreTrial Hearing/Conference originally scheduled on 01/17/2024 at 8:30 AM was rescheduled to 04/24/2024 at 9:00 AM. Reason: By Request. |

| 12/21/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial originally scheduled on 01/24/2024 at 8:30 AM was rescheduled to 04/30/2024 at 9:00 AM. Reason: By Request. |

| 12/21/2023 | **Order Granting Motion for Continuance** |
|---|---|
| | Judicial Officer:    Miller, Charles F. |
| | Order Signed:    12/21/2023 |

| 12/22/2023 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 12/21/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |
| | Hearing Scheduling Activity ---- 12/21/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |
| | Order Granting Motion for Continuance ---- 12/21/2023 : Edward Joseph Merchant;John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 01/29/2024 | **Appearance Filed** |
|---|---|
| | Appearance |
| | For Party:    Sanchez, Steven |
| | File Stamp:    01/29/2024 |

| 01/29/2024 | **Motion to Travel Outside of State Filed** |
|---|---|
| | Motion for Permission to Travel Outside of Indiana |
| | Filed By:    Sanchez, Steven |
| | File Stamp:    01/29/2024 |

| 01/29/2024 | **Order Granting Petition to Travel** |
|---|---|
| | Judicial Officer:    Miller, Charles F. |
| | Order Signed:    01/29/2024 |

| 01/30/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting Petition to Travel ---- 1/29/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 02/06/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Status Conference scheduled for 03/11/2024 at 1:00 PM. |

| 02/07/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 2/6/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 03/07/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Status Conference scheduled for 03/11/2024 at 1:00 PM was cancelled. Reason: Agreement of Parties. |

| 03/08/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 3/7/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 03/11/2024 | CANCELED **Status Conference** |
|---|---|
| | Reason:    Agreement of Parties |
| | Session: |
| |      03/11/2024 1:00 PM, Cancelled |

| 03/12/2024 | **Motion for Continuance Filed** |
|---|---|
| | Continuance Motion |
| | Filed By:    State of Indiana |
| | File Stamp:    03/12/2024 |

| 03/13/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Final PreTrial Hearing/Conference originally scheduled on 04/24/2024 at 9:00 AM was rescheduled to 06/17/2024 at 9:00 AM. Reason: By Request. |

| 03/13/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial originally scheduled on 04/30/2024 at 9:00 AM was rescheduled to 06/21/2024 at 9:00 AM. Reason: By Request. |

| 03/13/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 06/24/2024 at 9:00 AM. |

| 03/13/2024 | **Order Granting Motion for Continuance** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 03/13/2024 |

| 03/14/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 3/13/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 3/13/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 3/13/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Order Granting Motion for Continuance ---- 3/13/2024 : Edward Joseph Merchant;John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 04/16/2024 | **Motion to Withdraw Appearance Filed** | |
|---|---|---|
| | Motion for Leave to Withdraw Appearance | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 04/16/2024 |

| 04/17/2024 | **Order Granting Motion to Withdraw Appearance** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 04/16/2024 |

| 04/18/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting Motion to Withdraw Appearance ---- 4/17/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 04/18/2024 | **Discovery Filed** | |
|---|---|---|
| | GJ Transcripts_Compliance | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/18/2024 |

| 05/08/2024 | **Motion Filed** | |
|---|---|---|
| | Motion to Release - Sanchez.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 05/07/2024 |

| 05/08/2024 | **Order Granting** | |
|---|---|---|
| | State's Motion to Release Transcripts | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 05/08/2024 |

| 05/09/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting ---- 5/8/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 06/03/2024 | **Motion to Dismiss Filed** | |
|---|---|---|
| | Motion to Dismiss | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 05/31/2024 |

| 06/03/2024 | **Memorandum/Brief Filed** | |
|---|---|---|
| | Memo in Support of Motion to Dismiss and/or Exclude | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 05/31/2024 |

| 06/04/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Pretrial Conference scheduled for 06/05/2024 at 10:00 AM. |

| 06/05/2024 | **Pretrial Conference** | |
|---|---|---|
| | Session: | |
| | | 06/05/2024 10:00 AM, Judicial Officer: Miller, Charles F. |
| | Comment: | attorneys only |
| | Result: | Commenced and concluded |

| 06/05/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 6/4/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott |

| 06/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | State by Dan Cicchini. Defendant in person and by counsel John Kautzman and Mason Riley | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Hearing held as attorneys only | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Hearing held on Motion to Dismiss | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | State's response to Motion to Dismiss due by close of business on 8-29-24 | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Rebuttal due by close of business on 9-12-24 if necessary | |
| | Judicial Officer: | Miller, Charles F. |

| 06/05/2024 | **Motion for Continuance Filed** | |
|---|---|---|
| | Joint. Orally | |
| | Filed By: | Sanchez, Steven |
| | Filed By: | State of Indiana |
| | File Stamp: | 06/05/2024 |

| 06/05/2024 | **Order Granting Motion for Continuance** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 06/05/2024 |

| 06/05/2024 | **Administrative Event** | |
|---|---|---|
| | minute sheet 6-5-24 | |

| 06/05/2024 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Final PreTrial Hearing/Conference originally scheduled on 06/17/2024 at 9:00 AM was rescheduled to 11/20/2024 at 9:00 AM. Reason: By Request. | |

| 06/05/2024 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Jury Trial originally scheduled on 06/21/2024 at 9:00 AM was rescheduled to 11/26/2024 at 9:00 AM. Reason: By Request. | |

| 06/05/2024 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Jury Trial originally scheduled on 06/24/2024 at 9:00 AM was rescheduled to 12/02/2024 at 9:00 AM. Reason: By Request. | |

| 06/06/2024 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Hearing Scheduling Activity ---- 6/5/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 6/5/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott Hearing Scheduling Activity ---- 6/5/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Celita Lynn Scott | |

| 06/06/2024 | **TR56 Evidence Designation Filed** | |
|---|---|---|
| | Designation of Evidence | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 06/05/2024 |

| 06/25/2024 | **Discovery Filed** | |
|---|---|---|
| | Supplemental Discovery 4.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 06/25/2024 |

| 06/25/2024 | **Notice of Substitution of Counsel** | |
|---|---|---|
| | Appearance Substitution Form (inc. WITHDRAW) | |
| | Party: | State of Indiana |
| | File Stamp: | 06/25/2024 |

| 08/29/2024 | **Response Filed** | |
|---|---|---|
| | S. Sanchez - Mtn in Opposition.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 08/29/2024 |

| 08/29/2024 | **Memorandum/Brief Filed** | |
| | State's Response to Motion to Dismiss | |
| | File Stamp: | 08/29/2024 |

| 09/05/2024 | **Motion to Travel Outside of State Filed** | |
| | Motion for Permission to Travel Outside State of Indiana | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 09/05/2024 |

| 09/05/2024 | **Order Granting Petition to Travel** | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 09/05/2024 |

| 09/06/2024 | **Automated ENotice Issued to Parties** | |
| | Order Granting Petition to Travel ---- 9/5/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton | |

| 09/12/2024 | **Response Filed** | |
| | Defendant's Reply in Support of Motion to Dismiss and/or Exclude and Request for Oral Argument | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 09/12/2024 |

| 09/12/2024 | **Memorandum/Brief Filed** | |
| | Reply Brief in Support of Defendant's Motion to Dismiss and/or Exclude | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 09/12/2024 |

| 09/25/2024 | **Hearing Scheduling Activity** | |
| | Hearing on Motion to Dismiss scheduled for 11/04/2024 at 1:00 PM. | |

| 09/25/2024 | **Administrative Event** | |
| | court received/reviewed and advises of hearing scheduled for 11/4/24 | |

| 09/26/2024 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 9/25/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton | |

| 10/30/2024 | **Hearing Scheduling Activity** | |
| | Hearing on Motion to Dismiss originally scheduled on 11/04/2024 at 1:00 PM was rescheduled to 11/04/2024 at 10:30 AM. Reason: Court's Own Motion. | |

| 10/31/2024 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 10/30/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton | |

| 11/01/2024 | **Judicial Notice of Media Request for Cameras in the Court** | |
| | Noticed: | Sanchez, Steven |
| | Noticed: | Cicchini, Daniel Joseph |
| | Noticed: | Kautzman, John Fredrick |
| | Noticed: | Riley, Phillip Mason |
| | Noticed: | Skelton, Janna Michelle |
| | Notice Date: | 11/01/2024 |

| 11/01/2024 | **Denial of Media Request for Cameras in the Court** | |
| | Judicial Officer: | Miller, Charles F. |
| | Noticed:: | Sanchez, Steven |
| | Noticed:: | Cicchini, Daniel Joseph |
| | Noticed:: | Kautzman, John Fredrick |
| | Noticed:: | Riley, Phillip Mason |
| | Noticed:: | Skelton, Janna Michelle |
| | Date Signed: | 11/01/2024 |

| 11/02/2024 | **Automated Paper Notice Issued to Parties** | |
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/1/2024 : Steven Sanchez Denial of Media Request for Cameras in the Court ---- 11/1/2024 : Steven Sanchez | |

| 11/02/2024 | **Automated ENotice Issued to Parties** | |
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/1/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton Denial of Media Request for Cameras in the Court ---- 11/1/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton | |

| 11/04/2024 | **Hearing on Motion to Dismiss** |
|---|---|
| | Session: |
| | 11/04/2024 1:00 PM, Rescheduled |
| | Session: |
| | 11/04/2024 10:30 AM, Judicial Officer: Miller, Charles F. |
| | Result:      Commenced and concluded |

| 11/04/2024 | **Hearing Journal Entry** |
|---|---|
| | State by Dan Cicchini, Janna Skelton and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley |
| | Judicial Officer:      Miller, Charles F. |

| 11/04/2024 | **Hearing Journal Entry** |
|---|---|
| | Defendant out of custody |
| | Judicial Officer:      Miller, Charles F. |

| 11/04/2024 | **Hearing Journal Entry** |
|---|---|
| | Hearing held on defendant's Motion to Dismiss |
| | Judicial Officer:      Miller, Charles F. |

| 11/04/2024 | **Hearing Journal Entry** |
|---|---|
| | Defendant presents evidence and arguments |
| | Judicial Officer:      Miller, Charles F. |

| 11/04/2024 | **Hearing Journal Entry** |
|---|---|
| | State responds |
| | Judicial Officer:      Miller, Charles F. |

| 11/04/2024 | **Order Denying Motion to Dismiss** |
|---|---|
| | Judicial Officer:      Miller, Charles F. |
| | Order Issued:      11/04/2024 |

| 11/04/2024 | **Hearing Journal Entry** |
|---|---|
| | Court orders that all final motions, witness and exhibit lists due by close of business on November 14, 2024. |
| | Judicial Officer:      Miller, Charles F. |

| 11/04/2024 | **Administrative Event** |
|---|---|
| | minute sheet 11-4-24 |

| 11/04/2024 | **Judicial Notice of Media Request for Cameras in the Court** |
|---|---|
| | Noticed:      Sanchez, Steven |
| | Noticed:      State of Indiana |
| | Noticed:      Cicchini, Daniel Joseph |
| | Noticed:      Kautzman, John Fredrick |
| | Noticed:      Riley, Phillip Mason |
| | Noticed:      Skelton, Janna Michelle |
| | Notice Date:      11/04/2024 |

| 11/05/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/4/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton |

| 11/05/2024 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/4/2024 : Steven Sanchez |

| 11/07/2024 | **Approval of Media Request for Cameras in the Court** |
|---|---|
| | Judicial Officer:      Miller, Charles F. |
| | Noticed:      Sanchez, Steven |
| | Noticed:      Cicchini, Daniel Joseph |
| | Noticed:      Kautzman, John Fredrick |
| | Noticed:      Riley, Phillip Mason |
| | Noticed:      Skelton, Janna Michelle |
| | Date Signed:      11/07/2024 |

| 11/08/2024 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Approval of Media Request for Cameras in the Court ---- 11/7/2024 : Steven Sanchez |

| 11/08/2024 | **Automated ENotice Issued to Parties** |
|---|---|

Approval of Media Request for Cameras in the Court ---- 11/7/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton

| 11/08/2024 | **Judicial Notice of Media Request for Cameras in the Court** |
|---|---|

| Noticed: | Sanchez, Steven |
|---|---|
| Noticed: | Cicchini, Daniel Joseph |
| Noticed: | Kautzman, John Fredrick |
| Noticed: | Riley, Phillip Mason |
| Noticed: | Skelton, Janna Michelle |
| Notice Date: | 11/08/2024 |

| 11/08/2024 | **Denial of Media Request for Cameras in the Court** |
|---|---|

| Judicial Officer: | Miller, Charles F. |
|---|---|
| Noticed:: | Sanchez, Steven |
| Noticed:: | Cicchini, Daniel Joseph |
| Noticed:: | Kautzman, John Fredrick |
| Noticed:: | Riley, Phillip Mason |
| Noticed:: | Skelton, Janna Michelle |
| Date Signed: | 11/08/2024 |

| 11/09/2024 | **Automated Paper Notice Issued to Parties** |
|---|---|

Judicial Notice of Media Request for Cameras in the Court ---- 11/8/2024 : Steven Sanchez Denial of Media Request for Cameras in the Court ---- 11/8/2024 : Steven Sanchez

| 11/09/2024 | **Automated ENotice Issued to Parties** |
|---|---|

Judicial Notice of Media Request for Cameras in the Court ---- 11/8/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton Denial of Media Request for Cameras in the Court ---- 11/8/2024 : John Fredrick Kautzman;Phillip Mason Riley;Daniel Joseph Cicchini;Janna Michelle Skelton

| 11/14/2024 | **Witness and/or Exhibit List Filed** |
|---|---|

S. Sanchez Witness List.pdf

| Filed By: | State of Indiana |
|---|---|
| File Stamp: | 11/14/2024 |

| 11/14/2024 | **Motion In Limine Filed** |
|---|---|

S. Sanchez MIL .pdf

| Filed By: | State of Indiana |
|---|---|
| File Stamp: | 11/14/2024 |

| 11/14/2024 | **Witness and/or Exhibit List Filed** |
|---|---|

S. Sanchez Exhibit List.pdf

| Filed By: | State of Indiana |
|---|---|
| File Stamp: | 11/14/2024 |

| 11/15/2024 | **Witness and/or Exhibit List Filed** |
|---|---|

Sanchez Final Witness & Exhibit Lists

| Filed By: | Sanchez, Steven |
|---|---|
| File Stamp: | 11/14/2024 |

| 11/15/2024 | **Motion In Limine Filed** |
|---|---|

Motion and Memorandum in Support of Defendant's Motion in Limine

| Filed By: | Sanchez, Steven |
|---|---|
| File Stamp: | 11/14/2024 |

| 11/20/2024 | **Final PreTrial Hearing/Conference** |
|---|---|

| Session: | |
|---|---|
| | 01/17/2024 8:30 AM, Rescheduled |
| Session: | |
| | 04/24/2024 9:00 AM, Rescheduled |
| Session: | |
| | 06/17/2024 9:00 AM, Rescheduled |
| Session: | |
| | 11/20/2024 10:00 AM, Judicial Officer: Miller, Charles F. |
| Result: | Commenced and concluded |

| 11/20/2024 | **Hearing Journal Entry** |  |
| --- | --- | --- |
|  | State by Dan Cicchini, Jana Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley |  |
|  | Judicial Officer: | Miller, Charles F. |

| 11/20/2024 | **Hearing Journal Entry** |  |
| --- | --- | --- |
|  | Defendant out of custody |  |
|  | Judicial Officer: | Miller, Charles F. |

| 11/20/2024 | **Hearing Journal Entry** |  |
| --- | --- | --- |
|  | Hearing held on Motion in Limine |  |
|  | Judicial Officer: | Miller, Charles F. |

| 11/20/2024 | **Order Granting Motion In Limine** |  |
| --- | --- | --- |
|  | State & Defense - in part |  |
|  | Judicial Officer: | Miller, Charles F. |
|  | Order Signed: | 11/20/2024 |

| 11/20/2024 | **Hearing Journal Entry** |  |
| --- | --- | --- |
|  | Spectators admonished regarding appropriate courtroom attire during trial |  |
|  | Judicial Officer: | Miller, Charles F. |

| 11/20/2024 | **Administrative Event** |
| --- | --- |
|  | minute sheet 11-20-24 |

| 11/20/2024 | **Hearing Scheduling Activity** |
| --- | --- |
|  | Jury Trial scheduled for 12/03/2024 at 9:00 AM. |

| 11/20/2024 | **Hearing Scheduling Activity** |
| --- | --- |
|  | Jury Trial scheduled for 12/04/2024 at 9:00 AM. |

| 11/20/2024 | **Hearing Scheduling Activity** |
| --- | --- |
|  | Jury Trial scheduled for 12/05/2024 at 9:00 AM. |

| 11/21/2024 | **Automated ENotice Issued to Parties** |
| --- | --- |
|  | Hearing Scheduling Activity ---- 11/20/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |
|  | Hearing Scheduling Activity ---- 11/20/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |
|  | Hearing Scheduling Activity ---- 11/20/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |

| 11/21/2024 | **Order Issued** |  |
| --- | --- | --- |
|  | Order for Records |  |
|  | Judicial Officer: | Miller, Charles F. |
|  | Order Signed: | 11/21/2024 |

| 11/22/2024 | **Automated ENotice Issued to Parties** |
| --- | --- |
|  | Order Issued ---- 11/21/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |

| 11/25/2024 | **Motion Filed** |  |
| --- | --- | --- |
|  | S. Sanchez Garrity Motion.pdf |  |
|  | Filed By: | State of Indiana |
|  | File Stamp: | 11/23/2024 |

| 11/25/2024 | **Response Filed** |  |
| --- | --- | --- |
|  | Defendant's Response to State's Motion Regarding the Potential Use of Compelled Statements |  |
|  | Filed By: | Sanchez, Steven |
|  | File Stamp: | 11/25/2024 |

| 11/26/2024 | **Jury Trial** |  |
| --- | --- | --- |
|  | Session: |  |
|  |  | 01/24/2024 8:30 AM, Rescheduled |
|  | Session: |  |
|  |  | 04/30/2024 9:00 AM, Rescheduled |
|  | Session: |  |
|  |  | 06/21/2024 9:00 AM, Rescheduled |
|  | Session: |  |
|  |  | 11/26/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
|  | Comment: | Jury Selection |
|  | Result: | Commenced and concluded |

| 11/26/2024 | **Judicial Notice of Media Request for Cameras in the Court** | |
|---|---|---|
| | Noticed: | Sanchez, Steven |
| | Noticed: | Cicchini, Daniel Joseph |
| | Noticed: | Kautzman, John Fredrick |
| | Noticed: | Riley, Phillip Mason |
| | Noticed: | Skelton, Janna Michelle |
| | Notice Date: | 11/26/2024 |

| 11/26/2024 | **Denial of Media Request for Cameras in the Court** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |
| | Noticed:: | Sanchez, Steven |
| | Noticed:: | Cicchini, Daniel Joseph |
| | Noticed:: | Kautzman, John Fredrick |
| | Noticed:: | Riley, Phillip Mason |
| | Noticed:: | Skelton, Janna Michelle |
| | Date Signed: | 11/26/2024 |

| 11/26/2024 | **Motion to Dismiss Filed** | |
|---|---|---|
| | Dismissal, Motion | |
| | Filed By: | State of Indiana |
| | File Stamp: | 11/25/2024 |

| 11/26/2024 | **Order Granting Motion to Dismiss** | |
|---|---|---|
| | as to Count 2 | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 11/26/2024 |

| 11/26/2024 | **Judgment** | |
|---|---|---|
| | Judicial Officer: | Rothenberg, Marc T (D29) |

02.  35-42-1-4(b)(3)/F5:Involuntary Manslaughter Death occurs while Def commits or attempts to commit bat
  • Dismissed

| 11/26/2024 | **Disposition Sent Electronically to Indiana State Police** |
|---|---|
| | Added By CHRIS Interface (DISP) |

| 11/26/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | State by Dan Cicchini, and Janna Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley | |
| | Judicial Officer: | Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Matter comes on for day 1 of Trial by Jury | |
| | Judicial Officer: | Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Jurors selected and sworn | |
| | Judicial Officer: | Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Jurors admonished at each separation | |
| | Judicial Officer: | Miller, Charles F. |

| 11/26/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Jury in recess until 8:15 am on 12-2-24 | |
| | Judicial Officer: | Miller, Charles F. |

| 11/26/2024 | **Preliminary Instructions Filed** | |
|---|---|---|
| | File Stamp: | 11/26/2024 |

| 11/27/2024 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/26/2024 : Steven Sanchez Denial of Media Request for Cameras in the Court ---- 11/26/2024 : Steven Sanchez |

| 11/27/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Judicial Notice of Media Request for Cameras in the Court ---- 11/26/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Janna Michelle Skelton;Phillip Mason Riley Denial of Media Request for Cameras in the Court ---- 11/26/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Janna Michelle Skelton;Phillip Mason Riley Order Granting Motion to Dismiss ---- 11/26/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |

| 12/02/2024 | **Jury Trial** | |
|---|---|---|
| | Session: | |
| | | 06/24/2024 9:00 AM, Rescheduled |
| | Session: | |
| | | 12/02/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Comment: | 8:30 am / 5 days |
| | Result: | Commenced and concluded |

| 12/02/2024 | **Motion In Limine Filed** | |
|---|---|---|
| | Defendant's Supplemental Motion in Limine | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 12/02/2024 |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | State by Dan Cicchini, Janna Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Matter comes on for day two of Trial by Jury | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Order Issued** | |
|---|---|---|
| | Separation of Witnesses | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 12/02/2024 |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Hearing held on Defendant's Supplemental Motion in Limine | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Order Denying Motion In Limine** | |
|---|---|---|
| | Defendant's Supplemental | |
| | Judicial Officer: | Miller, Charles F. |
| | Order Signed: | 12/02/2024 |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Perliminary Instructions read to Jury | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Parties make opening statements | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Evidence presented | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Jurors admonished at each separation | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Questions submitted by Jury | |
| | Judicial Officer: | Miller, Charles F. |

| 12/02/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Jury in recess until 8:15 am on 12-3-24 | |
| | Judicial Officer: | Miller, Charles F. |

| 12/03/2024 | **Jury Trial** |
|---|---|
| | Session: |
| | 12/03/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Session: |
| | 12/04/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Session: |
| | 12/05/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Comment:                          8:30 am |
| | Result:                           Commenced and concluded |

| 12/03/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Denying Motion In Limine ---- 12/2/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | State by Dan Cicchini, Janna Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley |
| | Judicial Officer:                  Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Defendant out of custody |
| | Judicial Officer:                  Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Matter comes on for day three of Trial by Jury |
| | Judicial Officer:                  Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Evidence presented |
| | Judicial Officer:                  Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Questions submitted by Jury |
| | Judicial Officer:                  Miller, Charles F. |

| 12/03/2024 | **Hearing Journal Entry** |
|---|---|
| | Jury in recess until 8:15 am on 12-4-24 |
| | Judicial Officer:                  Miller, Charles F. |

| 12/04/2024 | **Administrative Event** |
|---|---|
| | Notice of Completion |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | state by deputy prosecutor Dan Cicchini Janna Skelton the defendant in person and by counsel John Kautzman and Mason Riley |
| | Judicial Officer:                  Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | defendant OUT of custody |
| | Judicial Officer:                  Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | matter comes on day 3 of trialh |
| | Judicial Officer:                  Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | questions submitted by jury |
| | Judicial Officer:                  Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | evidence presented |
| | Judicial Officer:                  Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | Judicial Officer:                  Miller, Charles F. |

| 12/04/2024 | **Hearing Journal Entry** |
|---|---|
| | jury in recess until 12/5/24 830A.m. |
| | Judicial Officer:                  Miller, Charles F. |

| 12/04/2024 | **Administrative Event** |
|---|---|
| | minute sheet |

| 12/05/2024 | **Administrative Event** |
|---|---|
| | Notice of Completion |

| 12/05/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 12/06/2024 at 9:00 AM. |

| 12/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | state by deputy prosecutor Dan Cichini, Janna Skelton and John Gallo. Defendant in person and by counsel. John Kautzman, Riley Mason | |
| | Judicial Officer: | Miller, Charles F. |

| 12/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |

| 12/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | matter comes on day 4 of trial | |
| | Judicial Officer: | Miller, Charles F. |

| 12/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Judicial Officer: | Miller, Charles F. |

| 12/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | jury questions | |
| | Judicial Officer: | Miller, Charles F. |

| 12/05/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | jury in recess until 830a | |
| | Judicial Officer: | Miller, Charles F. |

| 12/05/2024 | **Administrative Event** |
|---|---|
| | miute sheet 12/5/24 |

| 12/06/2024 | **Jury Trial** | |
|---|---|---|
| | Session: | |
| | | 12/06/2024 9:00 AM, Judicial Officer: Miller, Charles F. |
| | Result: | Commenced and concluded |

| 12/06/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 12/5/2024 : John Fredrick Kautzman;Daniel Joseph Cicchini;Ryan Wilson Mears;Janna Michelle Skelton;Phillip Mason Riley |

| 12/06/2024 | **Proposed Jury Instructions** | |
|---|---|---|
| | AhmadSanchezStateProposedFinals.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 12/05/2024 |

| 12/06/2024 | **Proposed Jury Instructions** | |
|---|---|---|
| | Defendants Tender of Proposed Final Jury Instructions | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 12/05/2024 |

| 12/06/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | State by Dan Cicchini, Janna Skelton, and John Gallo. Defendant in person and by counsel John Kautzman and Mason Riley | |
| | Judicial Officer: | Miller, Charles F. |

| 12/06/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Defendant out of custody | |
| | Judicial Officer: | Miller, Charles F. |

| 12/06/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Matter comes on for day six of Trial by Jury | |
| | Judicial Officer: | Miller, Charles F. |

| 12/06/2024 | **Hearing Journal Entry** | |
|---|---|---|
| | Parties make closing arguments | |
| | Judicial Officer: | Miller, Charles F. |

| 12/06/2024 | **Final Instructions Filed** | |
| | File Stamp: | 12/06/2024 |

| 12/06/2024 | **Hearing Journal Entry** | |
| | Jurors retire to deliberate | |
| | Judicial Officer: | Miller, Charles F. |

| 12/06/2024 | **Jury Verdict Filed** | |
| | File Stamp: | 12/06/2024 |

| 12/06/2024 | **Judgment** | |
| | Judicial Officer: | Miller, Charles F. |

01.  35-42-1-4(b)(3)/F5:Involuntary Manslaughter Death occurs while Def commits or attempts to commit bat
   • Finding of Not Guilty
03.  35-42-1-5/F5: Reckless Homicide-Use when offense is not committed by using a motor vehicle
   • Finding of Not Guilty
04.  35-42-2-1(c)(1)/F5: Battery Resulting in Serious Bodily Injury
   • Finding of Not Guilty
05.  35-42-2-1(c)(1)/F6: Battery Resulting in Moderate Bodily Injury
   • Finding of Not Guilty
06.  35-42-2-1(c)(1)/MB: Battery
   • Finding of Not Guilty

| 12/06/2024 | **Disposition Sent Electronically to Indiana State Police** |
| | Added By CHRIS Interface (DISP) |

| 12/06/2024 | **Hearing Journal Entry** | |
| | Questions submitted by Jury during deliberations | |
| | Judicial Officer: | Miller, Charles F. |

| 12/23/2024 | **Motion Filed** | |
| | AUDIO | |
| | Filed By: | Sanchez, Steven |
| | File Stamp: | 12/23/2024 |

| 12/23/2024 | **Appearance Filed** | |
| | For Party: | Sanchez, Steven |
| | File Stamp: | 12/23/2024 |

| 12/27/2024 | **Administrative Event** |
| | Court reviews Motion for Audio received 12-23-24. Court will grant motion upon receipt of Acknowledgment pursuant to a request for copy of audio recording. Copy mailed to petitioner. |

| 01/08/2025 | **Notice Filed** | |
| | File Stamp: | 01/08/2025 |

| 02/03/2025 | **Administrative Event** |
| | Notice of Completion of Transcript |

| 02/03/2025 | **Administrative Event** |
| | Notice of Completion of Transcript |

| 02/24/2025 | **Administrative Event** |
| | Notice of Completion of Transcript |

| 03/16/2026 | **Order of Pending Expungement** | |
| | Order Signed: | 03/16/2026 |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.