# Exhibit 4

| STATE OF INDIANA | ) | | IN THE MARION SUPERIOR COURT |
|---|---|---|---|
| | ) SS: | | CRIMINAL DIVISION, ROOM |
| COUNTY OF MARION | ) | | |

| STATE OF INDIANA | ) | **GRAND JURY INDICTMENT** |
|---|---|---|
| V | ) | COUNT I |
| | ) | INVOLUNTARY MANSLAUGHTER |
| | ) | A LEVEL 5 FELONY |
| | ) | I.C. 35-42-1-4(b)(3), I.C. 35-42-2-1(c)(1) |
| ADAM AHMAD | ) | COUNT II |
| W/M  DOB: 4/10/1992 | ) | RECKLESS HOMICIDE |
| | ) | A LEVEL 5 FELONY |
| | ) | I.C 35-42-1-5 |
| | ) | COUNT III |
| | ) | BATTERY RESULTING IN SERIOUS |
| | | BODILY INJURY, A LEVEL 5 FELONY |
| | | I.C. 35-42-2-1(g)(1) |
| | | COUNT IV |
| | | BATTERY RESULTING IN MODERATE |
| | | BODILY INJURY, A LEVEL 6 FELONY |
| | | I.C. 35-42-2-1(e)(1) |
| | | COUNT V |
| | | BATTERY, A B MISDEMEANOR |
| | | I.C. 35-42-2-1(c)(1) |

The Grand Jury of the County of Marion upon their oath or affirmation do present that on this date in Marion County, Indiana

**COUNT I: INVOLUNTARY MANSLAUGHTER**

ADAM AHMAD, on or about April 25, 2022, did kill another human being, to wit: Herman Whitfield III, while committing or attempting to commit a battery, that is: to knowingly touch Herman Whitfield III on the head, neck and/or torso, in a rude, insolent or angry manner.

**COUNT II: RECKLESS HOMICIDE**

ADAM AHMAD, on or about April 25, 2022, did recklessly kill another human being, to wit: Herman Whitfield III.

## COUNT III: BATTERY RESULTING IN SERIOUS BODILY INJURY

ADAM AHMAD, on or about April 25, 2022, did knowingly touch another person, to wit: Herman Whitfield III, on the head, neck and/or torso, in a rude insolent or angry manner and said resulted in serious bodily injury, that is: unconsciousness.

## COUNT IV: BATTERY RESULTING IN MODERATE BODILY INJURY

ADAM AHMAD, on or about April 25, 2022, did knowingly touch another person, to wit: Herman Whitfield III, on the head, neck and/or torso in a rude insolent or angry manner resulting in moderate bodily injury.

## COUNT V: BATTERY

ADAM AHMAD, on or about April 25, 2022, did knowingly touch another person, to wit: Herman Whitfield III, on the head, neck and/or torso in a rude insolent or angry manner.

April 12, 2023

**A TRUE BILL**

_CmJB ll_

Foreperson
Marion County Grand Jury

State's witnesses:

Michael Duke, IMPD
Dominque Clark, IMPD
Jordan Bull, IMPD
Matthew Virt, IMPD
Nicholas Mathew, IMPD
Dr. Zachary O'Neil
Dr. Thomas Sozio
Dajuan Miller
Delaney Kniesly
Gladys Whitfield
Herman Whitfield, Jr.

**RYAN MEARS**, PROSECUTOR

19TH JUDICIAL CIRCUIT

By: __/s/ Daniel Cicchini_____

Deputy Prosecuting Attorney