# Exhibit 5

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | CRIMINAL DIVISION, ROOM |
| COUNTY OF MARION | ) | |

| | | |
|---|---|---|
| STATE OF INDIANA | ) | **<u>GRAND JURY INDICTMENT</u>** |
| V | ) | COUNT I |
| | ) | INVOLUNTARY MANSLAUGHTER |
| | ) | A LEVEL 5 FELONY |
| | ) | I.C. 35-42-1-4(b)(3), I.C. 35-42-2-1(c)(1) |
| STEVEN SANCHEZ | ) | COUNT II |
| W/M  DOB: 3/3/1989 | ) | INVOLUNTARY MANSLAUGHTER |
| | | (taser) |
| | | A LEVEL 5 FELONY |
| | | I.C. 35-42-1-4(b)(3), |
| | | I.C. 35-42-2-1(g)(2) |
| | | COUNT III |
| | | RECKLESS HOMICIDE |
| | | A LEVEL 5 FELONY |
| | | I.C. 35-42-1-5 |
| | | COUNT IV |
| | | BATTERY RESULTING IN SERIOUS |
| | | BODILY INJURY, A LEVEL 5 FELONY |
| | | I.C. 35-42-2-1(g)(1) |
| | | COUNT V |
| | | BATTERY RESULTING IN MODERATE |
| | | BODILY INJURY, A LEVEL 6 FELONY |
| | | I.C. 35-42-2-1(e)(1) |
| | | COUNT VI |
| | | BATTERY, A B MISDEMEANOR |
| | | I.C. 35-42-2-1(c)(1) |

The Grand Jury of the County of Marion upon their oath or affirmation do present that on this date in Marion County, Indiana

**COUNT I: INVOLUNTARY MANSLAUGHTER**

STEVEN SANCHEZ, on or about April 25, 2022, did kill another human being, to wit: Herman Whitfield III, while committing or attempting to commit a battery, that is: to knowingly touch Herman Whitfield III on the head, neck and/or torso, in a rude, insolent or angry manner.

**COUNT II: INVOLUNTARY MANSLAUGHTER (taser)**

STEVEN SANCHEZ, on or about April 25, 2022, did kill another human being, to wit: Herman Whitfield III, while committing or attempting to commit battery, that is: to knowingly touch Herman Whitfield III with a taser, in a rude, insolent or angry manner.

## COUNT III: RECKLESS HOMICIDE

STEVEN SANCHEZ, on or about April 25, 2022, did recklessly kill another human being, to wit: Herman Whitfield III.

## COUNT IV: BATTERY RESULTING IN SERIOUS BODILY INJURY

STEVEN SANCHEZ, on or about April 25, 2022, did knowingly touch another person, to wit: Herman Whitfield III, on the head, neck and/or torso in a rude insolent or angry manner and said resulted in serious bodily injury, that is: unconsciousness.

## COUNT V: BATTERY RESULTING IN MODERATE BODILY INJURY

STEVEN SANCHEZ, on or about April 25, 2022, did knowingly touch another person, to wit: Herman Whitfield III, on the head, neck and/or torso in a rude insolent or angry manner and said resulted in moderate bodily injury.

## COUINT VI: BATTERY

STEVEN SANCHEZ, on or about April 25, 2022, did knowingly touch another person, to wit: Herman Whitfield III, on the head, neck and/or torso in a rude insolent or angry manner.

April 12, 2023

**A TRUE BILL**

**RYAN MEARS**, PROSECUTOR

19TH JUDICIAL CIRCUIT

By: __/s/ Daniel Cicchini_____

Foreperson

CASE NUMBER: 49D29-2304-F5-010443    FILED: 4/13/2023

Marion County Grand Jury                                    Deputy Prosecuting Attorney

State's witnesses:

Michael Duke, IMPD
Dominque Clark, IMPD
Jordan Bull, IMPD
Matthew Virt, IMPD
Nicholas Mathew, IMPD
Dr. Zachary O'Neil
Dr. Thomas Sozio
Dajuan Miller
Delaney Kniesly
Gladys Whitfield
Herman Whitfield, Jr.