# Exhibit 9

Docusign Envelope ID: E61A44A5-5ABF-4CA6-A6FF-F48770B345D5

**THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| STEVEN SANCHEZ and ADAM AHMAD, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:26-cv-00665-JMS-TAB |
| | ) | |
| v. | ) | |
| | ) | |
| AMY GOODMAN and DEMOCRACY | ) | **Declaration of Amy Goodman in** |
| NOW! PRODUCTIONS, INC., | ) | **Support of Defendants' Motion to** |
| Defendants. | ) | **Dismiss** |
| | ) | |

I, Amy Goodman, affirm under the penalty of perjury that the following representations are true:

1.      I am an adult of sound mind, competent to testify to the matters in this declaration.

2.      I have personal knowledge of the facts asserted in this declaration.

3.      I am, and have been at all times relevant to the events described in this lawsuit, a resident of New York, New York.

4.      I am employed by Democracy Now! Productions, Inc. ("Democracy Now!") which is a New York corporation. In that capacity, I anchor a news show titled "Democracy Now!", a program that is available globally.

5.      I have read the complaint in this matter and understand that this case concerns statements made in one segment published by Democracy Now! on December 11, 2024 (the "Segment").

6.      All of the reporting that I conducted for the Segment in this lawsuit was conducted from New York, New York.  As is most relevant here, that reporting included conducting an interview with Judge Gladys Whitfield over an internet video conference call.  As part of my reporting, however, I did not travel to Indiana or have any other calls or video conferences

Docusign Envelope ID: E61A44A5-5ABF-4CA6-A6FF-F48770B345D5

with anyone in Indiana. No Indiana reporters were involved in the reporting for the Segment at issue. Indeed, Democracy Now! has no Indiana based employees or offices in Indiana.

7.     I myself did not publish the Segment.  Rather, Democracy Now! published the Segment along with a summary and transcript online on the Democracy Now! website, and distributed the Segment online and to television and radio carriers globally.

8.     The Segment at issue was published for a national audience and was not specifically targeted at reaching at Indiana or Indiana residents. While I knew that the officers involved in the death of Herman Whitfield III were Indianapolis police officers, their location was incidental to the Segment which was produced to address wider national issues such as the lack of accountability for killings by police and failures by police to effectively deescalate mental health crises.

9.     Our analytics show that a very small number of Democracy Now!'s online audience is located in Indiana. Google Analytics reports that in 2025, Democracy Now!'s website was visited by 9,288,621 million users. Only 108,241, or 1.17% of these users were located in Indiana. Moreover, since December 11, 2024, there were 2,214 views of the Segment page on Democracy Now!'s website. Of those, only 52 originated in Indiana. The Segment was also posted on YouTube. Since it was posted, it has received 7,329 views, 82 of which originated in Indiana.

I declared under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2026

Signed by:

_____

Amy Goodman

2