| | |
|---|---|
| STEVEN SANCHEZ and ADAM AHMAD, | ) |
| Plaintiffs, | ) Case No. 1:26-cv-00665-JMS-TAB |
| v. | ) |
| AMY GOODMAN and DEMOCRACY NOW! PRODUCTIONS, INC., | ) |
| Defendants. | ) |

## Index of Exhibits in Support of Defendants' Motion to Dismiss Plaintiff's Complaint

Pursuant to Local Rule 5-1(b), Defendants' have provided an index that briefly describes each exhibit referenced in Defendant's Motion to Dismiss Plaintiff's Complaint.

| Filing Number | Brief Description |
|---|---|
| 12-1 | July 26, 2022 Autopsy Report of the Marion County Coroner's Office Describing the death of Herman Whitfield III, ECF. No. 178-3, *The Estate of Herman Whitfield, III v. The City of Indianapolis et. al.*, Case No. 1:22-cv-01246-SEB-MJD (S.D. Ind.) |
| 12-2 | Docket of *State of Indiana v. Adam Ahmad*, Case No. 49D29-2304-F5-010447 |
| 12-3 | Docket of *State of Indiana v. Steven Sanchez*, Case No. 39D29-2304-F5-010443 |
| 12-4 | Grand Jury Indictment of Adam Ahmad, Case No. 49D29-2304-F5-010447 |
| 12-5 | Grand Jury Indictment of *State of Indiana v. Steven Sanchez*, Case No. 39D29-2304-F5-010443 |
| 12-6 | ECF. No. 135, Second Amended Complaint in *The Estate of Herman Whitfield, III v. The City of Indianapolis et. al.*, Case No. 1:22-cv-01246-SEB-MJD (S.D. Ind.) |

| 12-7 | State Court Complaint in *Whitfield v. City of Indianapolis*, 49D11-2311-CT-043538 (Marion Sup. Ct) |
|---|---|
| 12-8 | ECF. No. 1, Complaint in *The Estate of Herman Whitfield, III v. The City of Indianapolis et. al*., Case No. 1:22-cv-01246-SEB-MJD (S.D. Ind.) |
| 12-9 | Declaration of Amy Goodman |