## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN SANCHEZ and ADAM AHMAD, | ) | Case No. 1:26-cv-00665-JMS-TAB |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMY GOODMAN and DEMOCRACY NOW! PRODUCTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER DISMISSING CASE WITH PREJUDICE

On April 20, 2026, Plaintiffs, Steven Sanchez and Adam Ahmad, and Defendants, Amy Goodman and Democracy Now! Productions, Inc., filed a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The motion is GRANTED and this action is hereby dismissed with prejudice [16].

So ORDERED.

Date: 4/21/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF